# EXHIBIT B



US008215418B2

(12) **United States Patent** (10) **Patent No.:** **US 8,215,418 B2**

Radford (45) **Date of Patent:** *Jul. 10, 2012

(54) **EXPANDABLE REAMER APPARATUS AND RELATED METHODS**

(75) Inventor: **Steven R. Radford**, The Woodlands, TX (US)

(73) Assignee: **Baker Hughes Incorporated**, Houston, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/213,641**

(22) Filed: **Aug. 19, 2011**

(65) **Prior Publication Data**

US 2011/0297443 A1 Dec. 8, 2011

**Related U.S. Application Data**

(63) Continuation of application No. 12/749,884, filed on Mar. 30, 2010, now Pat. No. 8,020,635, which is a continuation of application No. 11/875,241, filed on Oct. 19, 2007, now Pat. No. 7,721,823, which is a continuation of application No. 11/413,615, filed on Apr. 27, 2006, now Pat. No. 7,308,937, which is a continuation of application No. 10/624,952, filed on Jul. 22, 2003, now Pat. No. 7,036,611.

(60) Provisional application No. 60/399,531, filed on Jul. 30, 2002.

(51) **Int. Cl.**
*E21B 10/32* (2006.01)

(52) **U.S. Cl.** ........................... **175/57**; 175/269; 175/406

(58) **Field of Classification Search** ................... 175/57, 175/267, 269, 280, 291, 406
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,470,545 A | 10/1923 | Rossignol | |
| 1,678,075 A | 7/1928 | Phipps | |
| 1,764,373 A | 6/1930 | Wells et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

EP 0707130 A2 4/1996

(Continued)

OTHER PUBLICATIONS

The Andergauge Anderreamer and Security DBS NBR, A Differentiation Between Tools, Andergauge Drilling Systems, www.andergauge.com., 2001 (4 pages).

(Continued)

*Primary Examiner* — William P Neuder
(74) *Attorney, Agent, or Firm* — TraskBritt

(57) **ABSTRACT**

An expandable reamer apparatus and methods for reaming a borehole, wherein a laterally movable blade carried by a tubular body may be selectively positioned at an inward position and an expanded position. The laterally movable blade, held inwardly by blade-biasing elements, may be forced outwardly by drilling fluid selectively allowed to communicate therewith by way of an actuation sleeve disposed within the tubular body. Alternatively, a separation element may transmit force or pressure from the drilling fluid to the movable blade. Further, a chamber in communication with the movable blade may be pressurized by way of a downhole turbine or pump. A ridged seal wiper, compensator, movable bearing pad, fixed bearing pad preceding the movable blade, or adjustable spacer element to alter expanded blade position may be included within the expandable reamer. In addition, a drilling fluid pressure response indicating an operational characteristic of the expandable reamer may be generated.

**20 Claims, 24 Drawing Sheets**



**US 8,215,418 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,878,260 | A | 9/1932 | Bunker |
| 2,054,277 | A | 9/1936 | Wright |
| 2,069,482 | A | 2/1937 | Seay |
| 2,126,146 | A | 8/1938 | Smith |
| 2,126,246 | A | 8/1938 | Deitz, Jr. |
| 2,427,052 | A | 9/1947 | Grant |
| 2,638,988 | A | 5/1953 | Williams |
| 2,834,578 | A | 5/1958 | Carr |
| 2,857,141 | A | 10/1958 | Carpenter |
| 2,882,019 | A | 4/1959 | Carr et al. |
| 3,051,255 | A | 8/1962 | Deeley |
| 3,105,562 | A | 10/1963 | Stone et al. |
| 3,123,162 | A | 3/1964 | Rowley |
| 3,126,065 | A | 3/1964 | Chadderdon |
| 3,211,232 | A | 10/1965 | Grimmer |
| 3,433,313 | A | 3/1969 | Brown |
| 3,554,305 | A | 1/1971 | Kammerer, Jr. |
| 3,556,233 | A | 1/1971 | Gilreath et al. |
| 4,386,669 | A | 6/1983 | Evans |
| 4,458,761 | A | 7/1984 | Van Vreeswyk |
| 4,503,919 | A | 3/1985 | Suied |
| 4,565,252 | A | 1/1986 | Campbell et al. |
| 4,589,504 | A | 5/1986 | Simpson |
| 4,635,738 | A | 1/1987 | Schillinger et al. |
| 4,727,942 | A | 3/1988 | Galle et al. |
| 4,792,000 | A | 12/1988 | Perkin et al. |
| 4,842,083 | A | 6/1989 | Raney |
| 4,889,197 | A | 12/1989 | Boe |
| 5,010,967 | A | 4/1991 | Desai |
| 5,139,098 | A | 8/1992 | Blake |
| RE34,054 | E | 9/1992 | Millington et al. |
| 5,230,390 | A | 7/1993 | Zastresek et al. |
| 5,293,945 | A | 3/1994 | Rosenhauch et al. |
| 5,318,138 | A | 6/1994 | Dewey et al. |
| 5,341,888 | A | 8/1994 | Deschutter |
| 5,368,114 | A | 11/1994 | Tandberg et al. |
| 5,375,662 | A | 12/1994 | Echols, III et al. |
| 5,402,856 | A | 4/1995 | Warren et al. |
| 5,447,207 | A | 9/1995 | Jones |
| 5,447,208 | A | 9/1995 | Lund et al. |
| 5,492,186 | A | 2/1996 | Overstreet et al. |
| 5,495,899 | A | 3/1996 | Pastusek et al. |
| 5,497,842 | A | 3/1996 | Pastusek et al. |
| 5,582,258 | A | 12/1996 | Tibbitts et al. |
| 5,653,300 | A | 8/1997 | Lund et al. |
| 5,663,512 | A | 9/1997 | Schader et al. |
| 5,765,653 | A | 6/1998 | Doster et al. |
| 5,788,000 | A | 8/1998 | Maury et al. |
| 5,853,054 | A | 12/1998 | McGarian et al. |
| 5,957,223 | A | 9/1999 | Doster et al. |
| 5,967,250 | A | 10/1999 | Lund et al. |
| 6,131,675 | A | 10/2000 | Anderson |
| 6,145,608 | A | 11/2000 | Lund et al. |
| RE37,127 | E | 4/2001 | Schader et al. |

| | | | | |
|---|---|---|---|---|
| 6,328,117 | B1 | 12/2001 | Berzas et al. | |
| 6,360,831 | B1 | 3/2002 | Akesson et al. | |
| 6,378,632 | B1 | 4/2002 | Dewey et al. | |
| 6,408,958 | B1 | 6/2002 | Isbell et al. | |
| 6,450,271 | B1 | 9/2002 | Tibbitts et al. | |
| 6,460,631 | B2 | 10/2002 | Dykstra et al. | |
| 6,499,537 | B1 | 12/2002 | Dewey et al. | |
| 6,510,906 | B1 | 1/2003 | Richert et al. | |
| 6,651,756 | B1 | 11/2003 | Costo, Jr. et al. | |
| 6,695,080 | B2 | 2/2004 | Presley et al. | |
| 6,702,020 | B2 | 3/2004 | Zachman et al. | |
| 6,732,817 | B2 | 5/2004 | Dewey et al. | |
| 6,739,416 | B2 | 5/2004 | Presley et al. | |
| 6,769,500 | B2 | 8/2004 | Miglierini | |
| 6,779,613 | B2 | 8/2004 | Dykstra et al. | |
| 6,802,380 | B2 | 10/2004 | Blackman | |
| 6,973,978 | B2 | 12/2005 | Cravatte | |
| 7,036,611 | B2 | 5/2006 | Radford et al. | |
| 7,048,078 | B2 | 5/2006 | Dewey et al. | |
| 7,293,616 | B2 | 11/2007 | Tulloch | |
| 7,308,937 | B2 | 12/2007 | Radford et al. | |
| 7,314,099 | B2 | 1/2008 | Dewey et al. | |
| 7,549,485 | B2 | 6/2009 | Radford et al. | |
| 7,594,552 | B2 | 9/2009 | Radford et al. | |
| 7,681,666 | B2 | 3/2010 | Radford et al. | |
| 8,020,635 | B2 * | 9/2011 | Radford | 175/57 |
| 2002/0070052 | A1 | 6/2002 | Armell et al. | |
| 2003/0164251 | A1 | 9/2003 | Tulloch | |
| 2004/0222022 | A1 | 11/2004 | Nevlud | |
| 2005/0145417 | A1 | 7/2005 | Radford et al. | |
| 2008/0105464 | A1 | 5/2008 | Radford | |
| 2008/0115973 | A1 | 5/2008 | Rives | |
| 2010/0282511 | A1 | 11/2010 | Maranuk et al. | |
| 2011/0073370 | A1 * | 3/2011 | Gentry | 175/57 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| GB | 2287051 A | 9/1995 |
| GB | 2320270 A | 6/1998 |
| GB | 2378718 A | 2/2003 |

### OTHER PUBLICATIONS

Anderreamer Reliable Underreaming Below Casing, Andergauge Drilling Systems, www.andergauge.com. 2000 (2 pages).

European Search Report for Belgian Patent Application No. 200300430, dated Mar. 1, 2006, 3 pages.

European Search Report for Belgian Patent Application No. BE20050000582 20051130 (Publication No. BE1017310) dated Jun. 29, 2007, 4 pages.

UK Patent Office Search Report for Application No. GB0317397.8, dated Nov. 6, 2003, 4 pages.

UK Patent Office Search Report for Application No. GB0524344.9,dated Feb. 15, 2006, 1 page.

* cited by examiner



**FIG. 1A**          **FIG. 1B**

Case 4:16-cv-01956   Document 1-2   Filed on 07/01/16 in TXSD   Page 5 of 44



**FIG. 1C**

Case 4:16-cv-01956  Document 1-2  Filed on 07/01/16 in TXSD  Page 6 of 44



**FIG. 1D1**



**FIG. 1D2**



**FIG. 1E**

Case 4:16-cv-01956   Document 1-2   Filed on 07/01/16 in TXSD   Page 8 of 44



**FIG. 1F**          **FIG. 1G**



**FIG. 1H**



*FIG. 1I*



FIG. 2A                    FIG. 2B



**FIG. 3**



**FIG. 4A**                    **FIG. 4B**



FIG. 5A

FIG. 5B



**FIG. 5C**



FIG. 6A

FIG. 6B



**FIG. 7A**



**FIG. 7B**



**FIG. 8A**



**FIG. 8B**



**FIG. 9A**                **FIG. 9B**



**FIG. 10**



**FIG. 11A**



*FIG. 11B*

Case 4:16-cv-01956   Document 1-2   Filed on 07/01/16 in TXSD   Page 24 of 44



**FIG. 11C**

Case 4:16-cv-01956   Document 1-2   Filed on 07/01/16 in TXSD   Page 25 of 44



*FIG. 12*



*FIG. 13*



**FIG. 14A**                **FIG. 14B**

US 8,215,418 B2

1

## EXPANDABLE REAMER APPARATUS AND RELATED METHODS

### CROSS-RESFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 12/749,884, filed Mar. 30, 2010, now U.S. Pat. No. 8,020,635, issued Sep. 20, 2011, which is a continuation of U.S. patent application Ser. No. 11/875,241, filed Oct. 19, 2007, now U.S. Pat. No. 7,721,823, issued May 25, 2010, which application is a continuation of U.S. patent application Ser. No. 11/413,615, filed Apr. 27, 2006, now U.S. Pat. No. 7,308,937, issued Dec. 18, 2007, which is a continuation of U.S. patent application Ser. No. 10/624,952, filed Jul. 22, 2003, now U.S. Pat. No. 7,036,611, issued May 2, 2006, which claims the benefit of U.S. Provisional Patent Application Ser. No. 60/399,531, filed Jul. 30, 2002, for EXPAND-ABLE REAMER APPARATUS FOR ENLARGING BORE-HOLES WHILE DRILLING AND METHOD OF USE. This application is also related to U.S. patent application Ser. No. 10/999,811, filed Nov. 30, 2004, now U.S. Pat. No. 7,549, 485, issued Jun. 23, 2009, and to U.S. patent application Ser. No. 11/875,651, filed Oct. 19, 2007, now U.S. Pat. No. 7,681, 666, issued Mar. 23, 2010. The entire disclosure of each of the above-identified patent applications and patents is hereby incorporated herein by this reference. This application is also related to U.S. patent application Ser. No. 11/873,346, filed Oct. 16, 2007, now U.S. Pat. No. 7,594,552, issued Sep. 29, 2009, and is also related to U.S. patent application Ser. No. 13/224,085, filed Sep. 1, 2011, pending, which is a continuation of U.S. patent application Ser. No. 12/723,999, filed Mar. 15, 2010, now U.S. Pat. No. 8,047,304, issued Nov. 1, 2011.

### FIELD OF INVENTION

The invention, in various embodiments, relates generally to an expandable reamer apparatus for drilling a subterranean borehole and, more specifically, to enlarging a subterranean borehole beneath a casing or liner. The expandable reamer may comprise a tubular body configured with movable blades that may be directly radially or laterally displaced, the movable blades having cutting elements attached thereto.

### BACKGROUND

State of the Art: Drill bits for drilling oil, gas, and geothermal wells, and other similar uses typically comprise a solid metal or composite matrix-type metal body having a lower cutting face region and an upper shank region for connection to the bottom hole assembly of a drill string formed of conventional jointed tubular members which are then rotated as a single unit by a rotary table or top drive drilling rig, or by a downhole motor selectively in combination with the surface equipment. Alternatively, rotary drill bits may be attached to a bottom hole assembly, including a downhole motor assembly, which is in turn connected to an essentially continuous tubing, also referred to as coiled, or reeled, tubing, wherein the downhole motor assembly rotates the drill bit. The bit body may have one or more internal passages for introducing drilling fluid, or mud, to the cutting face of the drill bit to cool cutters provided thereon and to facilitate formation chip and formation fines removal. The sides of the drill bit typically may include a plurality of radially or laterally extending blades that have an outermost surface of a substantially constant diameter and generally parallel to the central longitudi-

2

nal axis of the drill bit, commonly known as gage pads. The gage pads generally contact the wall of the borehole being drilled in order to support and provide guidance to the drill bit as it advances along a desired cutting path, or trajectory.

As known in the art, blades provided on a rotary drill bit may be selected to be provided with replaceable cutting elements installed thereon, allowing the cutting elements to engage the formation being drilled and to assist in providing cutting action therealong. Replaceable cutters may also be placed adjacent to the gage area of the rotary drill bit and sometimes on the gage thereof. One type of cutting element, referred to as inserts, compacts, and cutters, has been known and used for providing the primary cutting action of rotary drill bits and drilling tools. These cutting elements are typically manufactured by forming a superabrasive layer, or table, upon a sintered tungsten carbide substrate. As an example, a tungsten carbide substrate having a polycrystalline diamond table or cutting face is sintered onto the substrate under high pressure and temperature, typically about 1450° C. to about 1600° C. and about 50 kilobar to about 70 kilobar pressure, to form a PDC cutting element or PDC cutter. During this process, a metal sintering aid or catalyst, such as cobalt, may be premixed with the powdered diamond or swept from the substrate into the diamond to form a bonding matrix at the interface between the diamond and substrate.

Further, in one conventional approach to enlarge a subterranean borehole, it is known to employ both eccentric and bi-center bits to enlarge a borehole below a tight or undersized portion thereof. For example, an eccentric bit includes an extended or enlarged cutting portion which, when the bit is rotated about its axis, produces an enlarged borehole. An example of an eccentric bit is disclosed in U.S. Pat. No. 4,635,738, assigned to the assignee of the present invention. Similarly, a bi-center bit assembly employs two longitudinally superimposed bit sections with laterally offset axes. An example of an exemplary bi-center bit is disclosed in U.S. Pat. No. 5,957,223, also assigned to the assignee of the present invention. The first axis is the center of the pass-through diameter, that is, the diameter of the smallest borehole the bit will pass through. Accordingly, this axis may be referred to as the pass-through axis. The second axis is the axis of the hole cut in the subterranean formation as the bit is rotated and may be referred to as the drilling axis. There is usually a first, lower and smaller diameter pilot section employed to commence the drilling, and rotation of the bit is centered about the drilling axis as the second, upper and larger diameter main bit section engages the formation to enlarge the borehole, the rotational axis of the bit assembly rapidly transitioning from the pass-through axis to the drilling axis when the full diameter, enlarged borehole is drilled.

In another conventional approach to enlarge a subterranean borehole, rather than employing a one-piece drilling structure such as an eccentric bit or a bi-center bit to enlarge a borehole below a constricted or reduced-diameter segment, it is also known to employ an extended bottom hole assembly (extended bi-center assembly) with a pilot drill bit at the distal end thereof and a reamer assembly some distance above. This arrangement permits the use of any standard rotary drill bit type, be it a rock bit or a drag bit, as the pilot bit, and the extended nature of the assembly permits greater flexibility when passing through tight spots in the borehole as well as the opportunity to effectively stabilize the pilot drill bit so that the pilot hole and the following reamer will traverse the path intended for the borehole. This aspect of an extended bottom hole assembly is particularly significant in directional drilling.

**3**

The assignee of the present invention has, to this end, designed as reaming structures so-called "reamer wings," which structures generally comprise a tubular body having a fishing neck with a threaded connection at the top thereof and a tong die surface at the bottom thereof, also with a threaded connection. U.S. Pat. Nos. 5,497,842 and 5,495,899, both assigned to the assignee of the present invention, disclose reaming structures including reamer wings. The upper mid-portion of the reamer wing tool includes one or more longitudinally extending blades projecting generally radially outwardly from the tubular body, the outer edges of the blades carrying PDC cutting elements. The mid-portion of the reamer wing also may include a stabilizing pad having an arcuate exterior surface having a radius that is the same as or slightly smaller than the radius of the pilot hole on the exterior of the tubular body and longitudinally below the blades. The stabilizer pad is characteristically placed on the opposite side of the body with respect to the reamer blades so that the reamer wing tool will ride on the pad due to the resultant force vector generated by the cutting of the blade or blades as the enlarged borehole is cut. U.S. Pat. No. 5,765,653, assigned to the assignee of the present invention, discloses the use of one or more eccentric stabilizers placed within or above the bottom hole reaming assembly to permit ready passage thereof through the pilot hole or pass-through diameter, while effectively radially stabilizing the assembly during the hole-opening operation thereafter.

Conventional expandable reamers may include blades pivotably or hingedly affixed to a tubular body and actuated by way of a piston disposed therein as disclosed by U.S. Pat. No. 5,402,856 to Warren et al. In addition, U.S. Pat. No. 6,360,831 to Åkesson et al. discloses a conventional borehole opener comprising a body equipped with at least two hole-opening arms having cutting means that may be moved from a position of rest in the body to an active position by way of a face thereof that is directly subjected to the pressure of the drilling fluid flowing through the body. However, the face, being directly exposed to the drilling fluid, may be subjected adversely to erosion or chemical effects caused thereby.

Notwithstanding the prior approaches to drill and/or ream a larger-diameter borehole below a smaller-diameter borehole, the need exists for improved apparatus and methods for doing so. For instance, bi-center and reamer wing assemblies are limited in the sense that the pass-through diameter is nonadjustable and limited by the reaming diameter. Further, conventional reaming assemblies may be subject to damage when passing through a smaller diameter borehole or casing section.

### BRIEF SUMMARY OF THE INVENTION

The present invention generally relates to an expandable reamer having movable blades that may be positioned at an initial smaller diameter and expanded to a subsequent diameter to ream and/or drill a larger diameter within a subterranean formation. Such an expandable reamer may be useful for enlarging a borehole within a subterranean formation below a particular depth, since the expandable reamer may be disposed within a borehole of an initial diameter and expanded, rotated, and displaced to form an enlarged borehole therebelow.

In one exemplary embodiment, the expandable reamer of the present invention may include an actuation sleeve whose position may determine deployment of a movable blade therein as described below. For instance, an actuation sleeve may be disposed within the expandable reamer and may have a reduced cross-sectional area aperture or orifice that drilling

**4**

fluid passes through. Thus, the drilling fluid passing through the expandable reamer and reduced cross-sectional aperture or orifice may cause the actuation sleeve to be displaced by the force generated thereby. Sufficient displacement of the actuation sleeve may allow drilling fluid to communicate through apertures in the displaced actuation sleeve with movable blade sections, the pressure of the drilling fluid forcing the movable blades to expand radially or laterally outwardly. Further, the actuation sleeve may be biased in substantially the opposite direction of the force generated by drilling fluid passing through the reduced cross-sectional area of the actuation sleeve by way of a sleeve-biasing element. Such a sleeve-biasing element may cause the actuation sleeve to be repositioned, in the absence of, or against, the force generated by drilling fluid passing through the reduced cross-sectional orifice, thus preventing drilling fluid from communicating with the movable blades of the expandable reamer. Furthermore, the expandable reamer may include blade-biasing elements configured to return or bias the movable blades radially or laterally inward in the absence of, or against, the pressure of the drilling fluid acting on the movable blades. Moreover, a tapered or chamfered surface on the upper longitudinal region of each blade may also facilitate return of that movable blade inwardly as the taper or chamfer contacts the borehole wall. Thus, the expandable reamer of the present invention may return to its initial unexpanded condition depending on the position of the actuation sleeve.

In addition, the outermost position of the movable blades, when expanded, may be adjustable. For instance, the expandable reamer of the present invention may be configured so that an adjustable spacer element may be used to determine the outermost radial or lateral position of a movable blade. Such adjustable spacer element may generally comprise a block or pin that may be adjusted or replaced. In addition, in an embodiment including an actuation sleeve that enables the expansion of the movable blades, a sleeve-biasing element, and blade-biasing elements, the sleeve-biasing element may be configured in relation to the blade-biasing elements for the purpose of adjusting the conditions that may cause the movable blades to expand to their outermost radial or lateral positions. For instance, the sleeve-biasing element and reduced cross-sectional orifice may be configured so that a drilling fluid flow rate above a minimum drilling fluid flow rate causes the sleeve to be displaced, thus allowing drilling fluid to communicate with the movable blades. Accordingly, the blade-biasing elements may be configured so that only a drilling fluid flow rate exceeding the drilling fluid flow rate required to open communication between a movable blade and the drilling fluid may cause the movable blades to move radially or laterally outward to their outermost radial or lateral position.

The expandable reamer of the present invention is not limited to actuation sleeves for activating the expansion of the expandable reamer. Collets, shear pins, valves, burst discs, or other mechanisms that enable the expansion of the movable blades of the expandable reamer in relation to an operating condition thereof may be employed. Moreover, a flow restriction element may be disposed within the drill string to actuate the expansion of the expandable reamer. For instance, a ball may be disposed within the drilling fluid, traveling therein, ultimately seating within an actuation sleeve disposed at a first position. Pressure from the drilling fluid may subsequently build to force the ball and actuation sleeve, optionally held in place by way of a shear pin or other frangible member, into a second position, thereby actuating the expansion of the expandable reamer. Such a configuration may require that once the movable blades are expanded by the ball, in order to

**5**

contract the movable blades, the flow is diverted around the seated ball to allow a maximum fluid flow rate through the tool. Thus, the expandable reamer may be configured as a "one-shot" tool, which may be reset after actuation.

Further, a pressure-actuated pin guide may be employed to cause the reamer to assume different operational conditions. More specifically, a pin guide may comprise a cylinder with a groove having alternating upwardly sloping and downwardly sloping arcuate paths formed at least partially along the circumference of the cylinder and a pin affixed to an actuation sleeve, the pin disposed within the groove. Alternating opposing forces may be applied to the pin and actuation sleeve assembly to cause the pin to traverse within the groove. One force may be created by way of drilling fluid passing through an orifice and an opposing force may be generated by way of a biasing element, as previously described in relation to an actuation sleeve and associated biasing element. For instance, a relatively high flow rate through the tool may cause the pin to traverse longitudinally downwardly within the groove. Upon the flow rate decreasing, a return force provided by way of the biasing element may cause the pin to traverse longitudinally upwardly within the groove. Further, the longitudinal position of the actuation sleeve may prevent or allow drilling fluid to communicate with the movable blades. Thus, the reamer may be caused to assume different operational conditions as the pin may be caused to traverse within the groove of the pin guide.

Thus, the expandable reamer of the present invention may be configured so that the movable blades expand to an outermost radial or lateral position under selected operating conditions as well as return to an inward radial or lateral position under selected operating conditions. Furthermore, movable blades disposed within the expandable reamer of the present invention may comprise tapered, spiral, or substantially straight longitudinally extending sections extending from the tubular body of the expandable reamer. It also may be advantageous to shape the movable blades so that the longitudinal sides of the movable blades are not straight. For instance, each longitudinal side of the movable blades may comprise an oval, elliptical, or other arcuate shape. Of course, the sides need not be symmetrical, but may be if so desired. Such a configuration may reduce binding of the movable blades as they move radially or laterally inwardly and/or outwardly.

Further, a movable blade of the present invention may be removable and/or replaceable. In one exemplary embodiment, removable lock rods extending through the body of the expandable reamer may be used to affix a spacing element associated with and configured to effectively retain the movable blade within the body of the expandable reamer. Accordingly, removable lock rods extending through the body of the expandable reamer and through the spacing elements may be selectively removed, thus allowing for the spacing element and movable blade to be repaired or replaced. Accordingly, such a configuration may allow for the expandable reamer of the present invention to be easily reconfigured for different diameters or repaired.

PDC cutting elements as described above may be affixed in pockets formed on the movable blades by way of an interference fit or brazing. Alternatively, cutting elements may comprise sintered tungsten carbide inserts ("TCI") without a diamond layer; such a configuration may be useful for drilling out a section of casing, or creating a window within a casing section. Furthermore, blades may be fabricated with impregnated diamond cutting structures as known in the art. Alternatively, an expandable reamer may be configured with rotating roller cones having tungsten carbide inserts, PDC inserts,

**6**

or steel inserts, as known in the art. Such a configuration may be particularly suited for drilling hard formations.

In addition, structures having an ovoid upper geometry may be disposed along the outer radial or lateral extent of a movable blade at one or more longitudinal positions thereof. Such ovoid structures may be desirable as inhibiting or preventing damage to proximate cutting elements disposed on a movable blade. For example, it may be possible for the respective longitudinal orientations of the expandable reamer or the movable blade to become tilted with respect to the longitudinal axis of the borehole, and cutting elements disposed on the movable blade may engage the sidewall of the borehole in an undesirable fashion. Thus, cutting elements may be damaged by prematurely or excessively contacting the sidewall of the borehole. Ovoid structures disposed along the movable blade may also inhibit or prevent excessive or premature contact between the sidewall and associated cutting elements on the movable blade during certain types of operational conditions, such as whirling, rotation within a casing, or other unstable motion. Likewise, movable blades may be configured with rate-of-penetration ("ROP") limiters and/or BRUTE® cutters, available from Hughes Christensen Company, located in Houston, Tex., as known in the art, to tailor the force/torque response of the expandable reamer during drilling operations.

In operating the expandable reamer of the present invention, it may be desirable to ascertain the operational state of the expandable reamer within the subterranean formation. To this end, a perceptible pressure response within the drilling fluid may indicate an operational state of the expandable reamer. For instance, upon drilling fluid communicating or ceasing to communicate with the movable blades, a perceptible pressure response may be generated. In one embodiment, some of the pressure communicating with the movable blades may be released through open nozzle orifices near each blade. This would result in a sudden decrease in pressure, indicating that the actuation sleeve has shifted to the lower position. In another embodiment, as the actuation sleeve is displaced so as to allow the drilling fluid passing through the reamer to communicate through apertures in the actuation sleeve with the movable blades, the internal pressure of the drilling fluid may drop noticeably. Subsequently, as the actuation sleeve is displaced to its lowermost longitudinal position and the blades expand to their outermost radial or lateral position, the pressure may increase perceptibly and may even increase over the steady-state operational pressure of the expandable reamer when the movable blades are expanded to their outermost radial or lateral position. In addition, a perceptible pressure response may occur as the drilling pressure drops, an actuation sleeve is displaced upwardly, and the drilling fluid within the reamer ceases to communicate with the movable blade sections.

Pressure response characteristics of the expandable reamer may also be changed or modified without removing the expandable reamer from the borehole. In one embodiment, an area restriction element may be positioned by way of a wireline to further reduce the area of the reduced cross-sectional area aperture. In addition, modification of the actuation sleeve apertures that allow the drilling fluid to communicate with the actuation mechanism or movable blades may be modified. Alternatively, a wireline may be used to remove an area restriction element from the reduced cross-sectional area aperture or the sleeve aperture(s) to modify pressure response characteristics of the expandable reamer.

Further, it may be advantageous to tailor the fluid path through the tool so that the pressure response to an operational state of the expandable reamer may be amplified or

7

made more distinctive. One possible way to do this may be to provide a port that allows drilling fluid to pass through the body of the expandable reamer upon the drilling fluid becoming communicative with a movable blade, but as the movable blade expands radially or laterally outwardly, the port becomes increasingly sealed or blocked in relation to the displacement of the movable blade toward its outermost radial or lateral position. Thus, as the movable blade moves into an expanded lateral or radial position, the port becomes increasingly sealed or blocked thereby. In turn, as the port becomes blocked, the pressure within the expandable reamer may increase, forcing the blade outwardly and causing the port to be sealed. Such a phenomenon may exhibit a "positive feedback" type of behavior, where the drilling fluid pressure causes the port to restrict the flow of drilling fluid, thus increasing the drilling fluid pressure. Therefore, the drilling fluid pressure within the expandable reamer may rapidly increase as the movable blade(s) are displaced to their outermost radial or lateral position(s). Accordingly, the relatively rapid increase in drilling fluid pressure may be desirable as being detectable and indicating that a movable blade is positioned at its outermost position. Conversely, when a blade is not fully extended, the pressure will be lower. Of course, burst discs, shear pins, pressure accumulators, or other mechanical implements may be used to amplify or distinguish the pressure response of the drilling fluid to an operational state of the expandable reamer or a movable blade thereof.

The expandable reamer of the present invention may include static as well as dynamic seals. For instance, seals may be comprised of TEFLON®, polyetheretherketone ("PEEK™") material, other plastic material, or an elastomer, or may comprise a metal-to-metal seal. Of course, dynamic seals within the tool may be disposed upon the blades as well. It may be advantageous to configure one or more backup wipers that "wipe" the surface that the seal engages. Accordingly, the one or more backup wipers may be configured with ridges that contact the surface intended to be cleaned or wiped. The one or more backup wipers may be configured to encounter the surface of engagement in the direction of movement prior to another seal or a main seal. Further, a backup wiper may also be disposed to surround a T-shaped seal, so that the T-shaped seal extends through or in between the backup wiper configuration. In such a configuration, the backup wiper may serve to inhibit the deformation and/or extrusion of the T-shaped seal.

In another aspect of the present invention, a lubricant compensator system may be included as part of any seals within the expandable reamer. Compensator systems are known in the art to be typically used within roller cone rotary drill bits for reducing the ability of drilling mud to enter the moving roller bearings within each cone. Within the present invention, a pressurized lubricant compensator system may be used to pressurize a seal or seal assembly, thus inhibiting contaminants from causing damage thereto or entering thereacross.

In another exemplary embodiment of the present invention, an oil-filled chamber and a separation element, such as a piston or membrane, may be configured so that the pressure developed by the drilling fluid may be transferred via the separation element and oil within the chamber to the movable blades. Such a configuration may protect the movable assemblies from contaminants, chemicals, or solids within the drilling fluid by transferring the drilling fluid pressure without contact of the drilling fluid with the movable blades of the expandable reamer.

In addition, at least one movable blade may be configured with a drilling fluid port to aid in cleaning the formation cuttings from the cutting elements affixed to the movable

8

blades. In one exemplary embodiment, a drilling fluid port may be configured near the lower longitudinal cutters on the movable blade and may be oriented at an angle, for example, 15° from horizontal, toward the upper longitudinal end of the reamer. Alternatively, a drilling fluid port may be installed in the horizontal direction, perpendicular to the axis of the tool. A drilling fluid port may be located near to, or actually as a part of, an expanding blade. Other configurations for communicating fluid from the interior of the tubular body to the cutting elements on the movable blades are contemplated, including a plurality of fluid ports on at least one movable blade.

Another feature of an expandable reamer with movable blades that includes an actuation sleeve may be that, in case of a malfunction, the actuation sliding sleeve may be removed by a wireline with a fishing head configured to engage the reduced cross-sectional area orifice. Upon removal of the slidable sleeve, other operations or mechanical manipulation of the movable blades may be accomplished. Mechanisms for either actuating or returning movable blades that may be deployed by a wireline are also contemplated by the present invention. One example would be a linkage that could either force the blades radially or laterally inwardly or outwardly when provided with a force in a longitudinal direction.

Of course, many other mechanical arrangements for actuating the blades of the expandable reamer are contemplated by the present invention. For instance, the expandable reamer of the present invention may be actuated by mechanical means such as threaded elements, pistons, linkages, tapered elements or cams, or other mechanical configurations may be used. The blades may be hinged to allow for movement. Further, electromechanical actuators may be used, such as turbines, electrical motors coupled to worm gears, gears, lead screws, or other displacement equipment as known in the art. Accordingly, when controllable electromechanical means are used to actuate the movable reamer blades, a microprocessor may be used to control the position of the blades. Blade position may be controlled as a function of drilling conditions or other feedback. Also, the position of the blades may be programmed to respond to a measurable drilling condition. Thus, an expandable reamer of the present invention may be used to ream multiple desired diameters within a single borehole.

Alternatively, differently sized and/or spaced movable blades may be configured so that a first borehole diameter may be drilled at a first drilling fluid flow rate, and a second borehole diameter may be drilled at a second drilling fluid flow rate. For instance, a set of shear pins may restrain expansion of the movable blades up to a first drilling fluid pressure at a first radial or lateral position. Subsequently, drilling fluid pressure in excess of the first drilling fluid pressure may be applied to shear the set of shear pins and cause the movable blade sections to be displaced to another, more extended position. Many alternatives are contemplated for using the expandable reamer of the present invention to ream more than one size of borehole, including drilling a first larger borehole and a second smaller borehole, drilling a first smaller borehole and a second larger borehole, or simply drilling a first section of a borehole with a first plurality of movable blades configured to expand to a first diameter and a second section of the borehole with a second plurality of movable blades configured to expand to a second diameter.

In yet another exemplary embodiment, the expandable reamer of the present invention may be configured to enlarge a borehole relatively significantly. A single movable blade may be configured to expand and contract over a greater radial or lateral distance than multiple movable blades because

**9**

**10**

interference between the movable blades may be eliminated. Thus, movable blades may be disposed at different axial positions and configured to radially or laterally expand and contract relatively significantly by utilizing space within the expandable reamer. Disposing movable blades at different axial positions along the axis of reaming may allow for the movable blades to extend and contract over a greater radial or lateral distance, since the interior of each movable blade may not interfere with the interior of another movable blade. Accordingly, the plenum for conducting drilling fluid may be disposed in an off-center manner if the movable blades extend into the center of the tool. In addition, more than one movable blade may be disposed at different axial and circumferential positions.

Further, the expandable reamer of the present invention may include a replaceable bearing pad disposed proximate to one end of a movable blade. Thus, in the direction of drilling/reaming, the replaceable bearing pad may longitudinally precede or follow the movable blade. Replaceable bearing pads may comprise hardfacing, diamond, tungsten carbide, or superabrasive materials. Further, a replaceable bearing pad may be configured to be affixed to and removed from the expandable reamer by way of removable lock rods extending along a longitudinal area of an expandable reamer as described hereinabove.

In addition, the expandable reamer of the present invention may include movable bearing pad sections that may be expanded radially or laterally outward under selectable operating conditions and are configured (if expanded) to engage the pilot borehole so as to stabilize the expandable reamer during reaming operations. The movable bearing pad sections may be actuated at substantially the same operating conditions as the movable blades of an expandable reamer or, alternatively, at differing operating conditions. It may be advantageous for the bearing pad sections to expand to their outermost radial or lateral position prior to the movable blades being actuated to their outermost radial or lateral position so as to stabilize the blades during their initial contact with the pilot borehole as well as during subsequent reaming operations. The expandable bearing-pad-sections may include biasing elements for returning the bearing pad sections to their innermost radial or lateral positions under selectable conditions. Movable elements may be adjustable from the outer surface of the tubular body of the expandable reamer to provide field-settable capabilities.

Although drilling fluid pressure may be the most available source for actuating movable blades and bearing pads, alternative sources are contemplated. For instance, it may be desirable to power an expandable reamer of the present invention by way of a downhole pump or turbine-generated electrical power. Downhole pumps or turbines may allow for an expandable reamer to be used when the flow rates and pressures that are required to actuate the tool are not available or desirable. Further, expansion or contraction of the movable blades of the expandable reamer of the present invention may be triggered by an external signal or condition such as a series of pressure pulses in the drilling fluid. Also, the movable blades may be actuated by weight-on-bit (WOB) force, torque, rotational forces, electrical energy, explosive charges or other energy sources.

Similarly, many different configurations may be employed for allowing drilling fluid pressure to communicate with movable blades of the present invention. The sliding sleeve actuation mechanism may be replaced with a hydraulic valve. In such a configuration, a sleeve may be used to separate the drilling fluid from the actuation fluid, the actuation fluid supplied by way of a turbine or other pressure-developing

apparatus. Moreover, an electrically actuated valve may be configured to deploy a downhole motor, pump, or turbine that supplies drilling fluid pressure to the expandable reamer of the present invention, thus potentially eliminating the need for a sliding sleeve actuation mechanism.

Regardless of the actuation means for displacing the movable blades or bearing pads within the expandable reamer, the reamer may be configured so that the blades or bearing pads may be locked into a position. The locked position may be fully expanded or expanded to an intermediate position. Locking elements may slide in response to increasing drilling fluid pressure, or may comprise a tapered fit between a sliding element and the movable blades, or a locking mechanism such as linkages that engage the movable blades. Other locking mechanisms may be used as are known in the art.

Antiwhirl features as known in the art may be employed by the expandable reamer of the present invention. U.S. Pat. No. 5,495,899, assigned to the assignee of the present invention, describes a reaming wing assembly with antiwhirl features. More specifically, one of the movable blades may be configured to be a bearing surface, where the vector summation of the cutting element forces may be directed toward the bearing blade section. Accordingly, it may be advantageous to preferentially align the antiwhirl characteristics of the expandable reamer with the antiwhirl characteristics of the pilot bit. For instance, it may be advantageous to align the antiwhirl bearing pad of the expandable reamer with the antiwhirl bearing pad of the pilot bit.

The movable blades included within the expandable reamer of the present invention may be circumferentially symmetric, wherein each movable blade may be disposed at evenly spaced circumferential positions. Circumferentially asymmetric blade arrangements may also be employed, wherein movable blades may be placed at unevenly spaced circumferential positions. Asymmetric movable blade arrangements may require that blades exhibit different radial or lateral displacements so that each blade may be expanded to substantially identical outer radial or lateral extents.

Movable blades may be fabricated from steel or tungsten carbide matrix material, as known in the art. Steel movable blades may be hardfaced to increase their erosion and abrasion resistance. In addition, the expandable reamer of the present invention may include blades having chip breakers, typically used when drilling bit-balling shale formations, embodying a raised area on the blade surface proximate to the cutting elements for effecting improved cuttings removal. The raised area of the chip breaker causes a formation chip being cut to be forced away from the blade surface, thereby causing the formation chip to break away from the blade. The chip breaker may be a ramped surface, such as the ramped surface of the chip breakers disclosed in U.S. Pat. No. 5,582,258, assigned to the assignee of the present invention, and may include a protrusion positioned proximate each cutting element on the surface of the bit face such that, as a formation shaving slides across the cutting face of the cutting element, the protrusion splits and/or breaks up the chip into two or more segments as disclosed in U.S. Pat. No. 6,328,117, also assigned to the assignee of the present invention. Moreover, the expandable reamer of the present invention may be coated with a coating to enhance its durability or with a non-stick coating to reduce balling characteristics.

Features from any of the above-mentioned embodiments may be used in combination with one another in accordance with the present invention. Other features and advantages of the present invention will become apparent to those of ordi-

US 8,215,418 B2

**11**

nary skill in the art through consideration of the ensuing description, the accompanying drawings, and the appended claims.

### BRIEF DESCRIPTION OF THE DRAWINGS

In the drawings, which illustrate what is currently considered to be the best mode for carrying out the invention:

FIG. **1A** is a conceptual side cross-sectional view of an expandable reamer of the present invention in a contracted state;

FIG. **1B** is a conceptual side cross-sectional view of an expandable reamer of the present invention in an expanded state;

FIG. **1C** is a partial cross-sectional view of the lower longitudinal end of an expandable reamer of the present invention;

FIG. **1D1** is a perspective schematic view of one embodiment of a movable blade-retention apparatus and FIG. **1D2** is a partial sectional perspective schematic taken transverse to the longitudinal extent of the movable blade-retention apparatus of FIG. **1D1**;

FIG. **1E** is a partial conceptual side cross-sectional view of movable blades including ovoid structures of the present invention;

FIG. **1F** is a conceptual side cross-sectional view of an expandable reamer of the present invention in a contracted state;

FIG. **1G** is a conceptual side cross-sectional view of an expandable reamer of the present invention in an expanded state;

FIG. **1H** is a side cross-sectional view of the upper longitudinal region of another embodiment of an expandable reamer of the present invention in a contracted state;

FIG. **1I** is a side cross-sectional view of the lower longitudinal region of the expandable reamer shown in FIG. **1H**;

FIG. **2A** is a conceptual side cross-sectional view of an expandable reamer of the present invention in a contracted state;

FIG. **2B** is a conceptual side cross-sectional view of an expandable reamer of the present invention in an expanded state;

FIG. **3** is a conceptual perspective view of a pin guide sleeve of the present invention;

FIG. **4A** is a conceptual side cross-sectional view of an expandable reamer of the present invention in a contracted state;

FIG. **4B** is a conceptual side cross-sectional view of an expandable reamer of the present invention in an expanded state;

FIG. **5A** is a schematic bottom view of a symmetric movable blade arrangement of an expandable reamer of the present invention in an expanded state;

FIG. **5B** is a schematic bottom view of an asymmetric movable blade arrangement of an expandable reamer of the present invention in an expanded state;

FIG. **5C** is a schematic bottom view of an expandable reamer of the present invention including a first set of movable blades configured to expand to a first outer diameter and a second set of movable blades configured to expand to a second diameter in an expanded state;

FIGS. **6A** and **6B** illustrate side cross-sectional views of adjustable spacing elements in relation to movable blades of the present invention;

FIGS. **7A** and **7B** illustrate side cross-sectional views of a seal arrangement of the present invention;

**12**

FIG. **8A** shows a side cross-sectional view of a conventional compensator;

FIG. **8B** shows a side cross-sectional view of the compensator as shown in FIG. **8A** disposed within movable blades of the present invention;

FIGS. **9A** and **9B** depict side cross-sectional views of an expandable reamer of the present invention, including a separation element for expanding movable blades thereof, in a contracted state and expanded state, respectively;

FIG. **10** is a side cross-sectional view of an expandable reamer of the present invention including replaceable bearing pads;

FIG. **11A** is a side cross-sectional view of an expandable reamer of the present invention including expandable bearing pads;

FIG. **11B** is a side perspective view of a pilot bit attached to an expandable reamer assembly of the present invention;

FIG. **11C** is a schematic bottom view of the pilot bit and expandable reamer assembly shown in FIG. **11B**;

FIG. **12** is a conceptual depiction of a pressure signature during operation of the expandable reamer of the present invention;

FIG. **13** is a conceptual depiction of a pressure signature during operation of the expandable reamer of the present invention; and

FIGS. **14A** and **14B** illustrate side cross-sectional views of an expandable reamer of the present invention including a tailored fluid path for accentuating a pressure response in relation to expansion of movable blades in a contracted state and an expanded state, respectively.

### DETAILED DESCRIPTION OF THE INVENTION

Referring to FIGS. **1A** and **1B** of the drawings, each shows a conceptual schematic side view of an expandable reamer **10** of the present invention. Expandable reamer **10** includes a tubular body **32** with a bore **31** extending therethrough, having movable blades **12** and **14** outwardly spaced from a centerline or longitudinal axis **25** of the tubular body **32**. Tubular body **32** includes a male-threaded pin connection **11** as well as a female-threaded box connection **15**, as known in the art. Movable blades **12** and **14** may each carry a plurality of cutting elements **36**. Cutting elements **36** are shown only on movable blade **12**, as the cutting elements on movable blade **14** would be facing in the direction of rotation of the expandable reamer **10** and, therefore, may not be visible in the view depicted in FIG. **1A**. Cutting elements **36** may comprise PDC cutting elements, thermally stable PDC cutting elements (also known as "TSPs"), superabrasive impregnated cutting elements, tungsten carbide cutting elements, and any other known cutting element of a material and design suitable for the subterranean formation through which a borehole is to be reamed using expandable reamer **10**. One particularly suitable superabrasive impregnated cutting element is disclosed in U.S. Pat. No. 6,510,906, the disclosure of which is incorporated herein by reference. It is also contemplated that, if PDC cutting elements are employed, they may be positioned on a blade so as to be circumferentially and rotationally offset from a radially outer, rotationally leading edge portion of a blade where a casing contact point is to occur. Such positioning of the cutters rotationally, or circumferentially, to the rotational rear of the casing contact point located on the radially outermost leading edge of the blade allows the cutters to remain on proper drill diameter for enlarging the borehole, but are, in effect, recessed away from the casing contact point.

US 8,215,418 B2

13

Such an arrangement is disclosed and claimed in U.S. Pat. No. 6,695,080, the disclosure of which is incorporated herein by reference.

In FIG. 1A, the expandable reamer 10 is shown in a contracted state, where the movable blades 12 and 14 are positioned radially or laterally inwardly. As shown in FIG. 1A, the outermost radial or lateral extent of movable blades 12 and 14 may substantially coincide with or not exceed the outer diameter of the tubular body 32. Such a configuration may protect cutting elements 36 as the expandable reamer 10 is disposed within a subterranean borehole. Alternatively, the outermost radial or lateral extent of movable blades 12 and 14 may exceed or fall within the outer diameter of tubular body 32.

Actuation sleeve 40 may be positioned longitudinally in a first position, where apertures or ports 42 are above actuation seal 43. Drilling fluid (not shown) may pass through actuation sleeve 40, thus passing by movable blades 12 and 14. Actuation seal 43 and lower sleeve seal 45 may prevent drilling fluid from interacting with movable blades 12 and 14. Further, sleeve-biasing element 44 may provide a bias force to actuation sleeve 40 to maintain its longitudinal position. However, as drilling fluid passes through actuation sleeve 40, a reduced cross-sectional orifice 50 may produce a force upon the actuation sleeve 40. As known in the art, drag of the drilling fluid through the reduced cross-sectional orifice 50 may cause a downward longitudinal force to develop on the actuation sleeve 40. As the drilling fluid force on the actuation sleeve 40 exceeds the force generated by the sleeve-biasing element 44, the actuation sleeve 40 may move longitudinally downward thereagainst. Thus, the longitudinal position of the actuation sleeve 40 may be modified by way of changing the flow rate of the drilling fluid passing therethrough. Alternatively, a collet or shear pins (not shown) may be used to resist the downward longitudinal force until the shear point of the shear pin or frictional force of the collet is exceeded. Thus, the downward longitudinal force generated by the drilling fluid moving through the reduced cross-sectional orifice 50 may cause a frangible or frictional element to release the actuation sleeve 40 and may cause the actuation sleeve 40 to move longitudinally downward.

Further, the longitudinal position of the actuation sleeve 40 may allow drilling fluid to be diverted to inner surfaces 21 and 23 of movable blades 12 and 14, respectively, via apertures or ports 42. In opposition to the force of the drilling fluid upon the inner surfaces 21 and 23 of movable blades 12 and 14, blade-biasing elements 24, 26, 28, and 30 may be configured to provide an inward radial or lateral force upon movable blades 12 and 14. However, drilling fluid acting upon the inner surfaces 21 and 23 may generate a force that exceeds the force applied to the movable blades 12 and 14 by way of the blade-biasing elements 24, 26, 28, and 30, and movable blades 12 and 14 may, therefore, move radially or laterally outwardly. Thus, expandable reamer 10 is shown in an expanded state in FIG. 1B, wherein movable blades 12 and 14 are disposed at their outermost radial or lateral position.

Thus, FIG. 1B shows an operational state of expandable reamer 10 wherein actuation sleeve 40 is positioned longitudinally so that apertures or ports 42 allow drilling fluid flowing through expandable reamer 10 to pressurize an annulus 17 formed between the outer surface of actuation sleeve 40 and inner surfaces 21 and 23 of movable blades 12 and 14 to force movable blade 12 against blade-biasing elements 24 and 26, as well as forcing movable blade 14 against blade-biasing elements 28 and 30. Further, the pressure applied to the inner surfaces 21 and 23 may be sufficient so that movable blade 12 compresses blade-biasing elements 24 and 26 and may matingly engage the inner radial surface of retention element 16

14

as shown in FIG. 1B. Regions 33 and 35 indicate a portion of the tubular body 32 that may contain holes for disposing removable lock rods (not shown), as described in FIG. 1D1, for affixing retention element 16 and movable blade 12 thereto. Likewise, the pressure applied to the inner surfaces 21 and 23 may be sufficient so that movable blade 14 compresses blade-biasing elements 28 and 30 and may matingly engage the radial inner surface of retention element 20 as shown in FIG. 1B. Thus, the movable blades 12 and 14 of expandable reamer 10 of the present invention may be caused to expand to an outermost radial or lateral position and the borehole may be enlarged by the combination of rotation and longitudinal displacement of the expandable reamer 10.

Further, at least one movable blade 12 of the expandable reamer 10 may be configured with a port 34 to aid in cleaning the formation cuttings from the cutting elements 36 affixed to the movable blades 12 and 14 during reaming. As shown in FIGS. 1A and 1B, a port 34 may be configured near the lower longitudinal cutting elements 36 on movable blade 12 and may be oriented, for example, 15° from horizontal, toward the upper longitudinal end of the expandable reamer 10. Alternatively, a port 34 may be installed in the horizontal direction, substantially perpendicular to the longitudinal axis 25 of tubular body 32 of the expandable reamer 10. Of course, the present invention contemplates that a port 34 may be oriented as desired. Other configurations for communicating fluid from the interior of the tubular body 32 to the cutting elements 36 on the movable blades 12 and 14 are contemplated, including a plurality of ports 34 on at least one movable blade.

Movable blades 12 and 14 may also be caused to contract radially or laterally. For instance, as the drilling fluid pressure decreases, blade-biasing elements 24, 26, 28, and 30 may exert a radial or lateral inward force to bias movable blades 12 and 14 radially or laterally inward. In addition, taper 19 may facilitate movable blades 12 and 14 returning radially or laterally inwardly during tripping out of the borehole if the blade-biasing elements 24, 26, 28, and 30 fail to do so. Specifically, impacts between the borehole and the taper 19 may tend to move the movable blades 12 and 14 radially or laterally inward.

FIG. 1C shows a partial cross-sectional view of the lower longitudinal end of an expandable reamer 100 of the present invention including an actuation sleeve-biasing element 44. As may be seen in FIG. 1C, inner sleeve stop 72, outer housing 74, transfer sleeve 109, actuation sleeve-biasing element 44, lower retainer 78, end cap 118, and various sealing elements 77 may be disposed within the lower longitudinal bore of the tubular body 32 of the expandable reamer 100. Expandable reamer 100 may be configured with an actuation sleeve 40 having a reduced cross-sectional orifice 50 (not shown) as depicted in FIGS. 1A and 1B, wherein a drilling fluid passing therethrough may cause actuation sleeve 40 to be displaced longitudinally downward. Accordingly, as shown in FIG. 1C, the lower longitudinal end of actuation sleeve 40 is shown as matingly engaging transfer sleeve 109. In turn, the transfer sleeve 109 may compress actuation sleeve-biasing element 44, thus providing a returning force upon the actuation sleeve 40. Actuation sleeve 40 may be prevented from further longitudinal displacement by way of mating engagement of inner sleeve stop 72 at its upper longitudinal end. Further, upper indentation 113 and lower indentation 110 formed within the outer housing 74 may selectively position or retain the transfer sleeve 109 according to the forces thereon and the position of the lower longitudinal end thereof, which may be complementary in its geometry in relation to the geometry of indentations 113 and 110 as shown. Therefore, the expandable reamer 100 of the present

invention may be configured to allow the actuation sleeve **40** to be selectively positioned and biased. Many other configurations for limiting or selectively positioning the actuation sleeve **40** of the present invention may be utilized, including collets, pins, frangible elements, seating surfaces, or other elements of mechanical design as known in the art.

FIGS. **1D1** and **1D2** show an embodiment of a movable blade-retention apparatus **201** consistent with the embodiments of expandable reamer **10**, as shown in FIGS. **1A** and **1B**, wherein removable lock rods **203** extend longitudinally along the tubular body **32** of the expandable reamer **10** at different circumferential placements, respectively. Retention block **206** may be formed as an integral part of the tubular body **32**, or may be welded onto the tubular body **32**. As shown in FIG. **1D1**, removable lock rods **203** are partially extending into holes **205** within retention block **206** formed within regions **33** and **35** (also depicted in FIGS. **1A** and **1B**), the inner portions of holes **205** being in alignment with grooves **205***a* on the interior of retention block **206** (see FIG. **1D2**), and further matingly engaging grooves **205***b* (see FIG. **1D2**) extending longitudinally along the exterior of retention element **16** to retain movable blade **12**. More specifically, holes **205** formed in the tubular body **32** in the regions **33** and **35**, as shown in FIGS. **1A** and **1B**, allow for removable lock rods **203** to be inserted therethrough, extending between retention element **16** and retention block **206**, thus affixing retention element **16** to tubular body **32**. When fully installed, removable lock rods **203** extend substantially the length of retention block **206**, but may extend further, depending on how the removable lock rods **203** are affixed to the retention block **206**. Removable lock rods **203** may be threaded, splined, pinned, welded or otherwise affixed to the retention block **206**. Of course, in one embodiment, removable lock rods **203** may be detached from the retention block **206** to allow for removal of retention element **16** as well as movable blade **12**. Accordingly, the present invention contemplates that a retention element and/or a movable blade of the expandable reamer may be removed, replaced, or repaired by way of removing the removable lock rods **203** from the holes **205** within the tubular body **32** of the expandable reamer **10**. Of course, many alternative removable retention configurations are possible, including pinned elements, threaded elements, dovetail elements, or other connection elements known in the art to retain movable blade **12**. Movable blade **14** and/or any other movable blades may be retained in a similar manner. Also depicted in FIG. **1D2** is circumferential seal assembly **207** carried in groove **209** on the exterior of movable blade **12** to prevent debris and contaminants from the wellbore from entering the interior of expandable reamer **10**.

As may also be seen in FIGS. **1D1** and **1D2**, the cross-sectional shape of the movable blade **12** as it extends through the retention element **16** may be oval or elliptical. Such a shape may prevent binding of the movable blade **12** as it is moved laterally inwardly and outwardly during use. Thus, the shape of the longitudinal sides of the movable blades **12** and **14** may not be straight. For instance, each longitudinal side of a movable blade may comprise an oval, elliptical, or other arcuate shape. Further, the sides need not be symmetrical, but may be if symmetry is desirable.

As shown in FIG. **1E**, the present invention also contemplates that ovoid structures **37** may be employed upon movable blades **12** and **14** in order to inhibit cutting elements **36** from being damaged due to excessive or undesirable contact with the borehole. FIG. **1E** also shows that ovoid structures **37** may be disposed along the outer radial or lateral extent of movable blades **12** and **14** retained within tubular body **32** by way of retention elements **16** and **20**, respectively. Cutting

elements **36** are not shown on movable blade **14** for clarity, as such cutting elements **36** may be facing in the direction of rotation of the movable blades **12** and **14**. However, on both movable blades **12** and **14**, ovoid structures **37** may be desirable as inhibiting or preventing damage to associated cutting elements **36** disposed thereon, respectively.

Ovoid structures **37** may comprise a sintered tungsten carbide compact having a domed or ovoidal top surface. However, ovoid structures **37** may comprise generally or partially planar or flat, cylindrical, conical, spherical, rectangular, triangular, or arcuate shapes, and/or be otherwise geometrically configured and suitably located to provide protection to associated cutting elements **36**. The present invention is not limited only to sintered tungsten carbide ovoid structures; ovoid structures may comprise other metals, sintered metals, alloys, diamond, or ceramics.

In one example, under certain orientations of the expandable reamer or the movable blades, cutting elements **36** disposed on the movable blades **12** and **14** may engage the sidewall of the borehole in an undesirable fashion. Thus, cutting elements **36** may be damaged by prematurely or excessively contacting the sidewall of the borehole. Ovoid structures **37** disposed along the movable blades **12** and **14** may inhibit or prevent excessive or premature contact between the sidewall of the borehole and the cutting elements **36** on the movable blades **12** and **14**.

As shown in FIG. **1E**, damage to cutting elements **36** may occur when movable blades **12** and **14** may become oriented so that the upper longitudinal ends thereof are at different lateral positions than the lower longitudinal ends thereof, respectively. Put another way, a movable blade may longitudinally tilt or rotate, as shown in relation to longitudinal axis **25** of the tubular body **32** of the expandable reamer. Movable blade **12** is longitudinally tilted so that its upper longitudinal end is closer to longitudinal axis **25** than its lower longitudinal end. Thus, the cutting elements **36** disposed on the upper longitudinal region of movable blade **12** may excessively or undesirably contact the sidewall of the borehole and become damaged in the absence of ovoid structures **37**. Moreover, movable blade **14** is shown in an orientation where its upper longitudinal end is more distant from longitudinal axis **25** than its lower longitudinal end. Therefore, in the absence of ovoid structures **37**, cutters (not shown) on the lower longitudinal end of movable blade **14** may become damaged due to excessive or undesirable contact with the sidewall of the borehole.

More particularly, ovoid structures **37** may be sized and positioned to initially exhibit substantially the same exposure as cutting elements **36** proximate thereto. However, ovoid structures **37** may also exhibit a relatively lower wear resistance to the formation. Thus, upon initially disposing the expandable reamer **10** within the borehole, the ovoid structures **37** may wear away, thus allowing the cutting elements **36** to assume a selected depth-of-cut into the formation. This may be advantageous because the ovoid structure **37** may prevent initial impact loading by making contact with the borehole or other surface at substantially the same exposure as the cutting elements **36** proximate thereto. Further, the ovoid structures **37**, upon wearing, may limit contact between cutting elements **36** proximate thereto and the formation according to the amount of wear thereon. Additionally, cutting elements **36** and associated ovoid structures **37** may be replaced and ground (if necessary) to a desirable exposure, respectively.

The present invention contemplates that ovoid structures **37** may also inhibit excessive contact between associated cutters and the formation during unstable motion of the

**17**

expandable reamer, i.e., whirling or when the expandable reamer is rotated inside the casing. Thus, movable blades **12** and **14** need not exhibit particular orientations or be tilted in order to benefit from ovoid structures **37**. Ovoid structures **37** may be utilized within any of the embodiments described herein, without limitation. FIG. **1**E is merely illustrative of one possible circumstance where ovoid structures **37** may prevent damage to associated cutting elements **36**, and many other circumstances may exist and are contemplated by the present invention.

As a further embodiment of the present invention, expandable reamer **410** is shown in FIGS. **1**F and **1**G, wherein an actuation sleeve **440** may be configured to pass substantially longitudinally past the lower longitudinal extent of movable blades **412** and **414** upon actuation thereof. FIGS. **1**F and **1**G illustrate an embodiment of the expandable reamer **410** of the present invention, wherein actuation sleeve **440** may be used to actuate the movable blades **412** and **414**. Expandable reamer **410** includes a tubular body **432** with a bore **431** extending therethrough and movable blades **412** and **414** outwardly spaced from the centerline or longitudinal axis **425** of the tubular body **432**, wherein each movable blade **412** and **414** may carry a plurality of cutting elements **436**, as known in the art. Tubular body **432** also includes a male-threaded pin connection **411** as well as a female-threaded box connection **415**. Cutting elements **436** are shown only on movable blade **412** for clarity, as the cutters on movable blade **414** may be typically facing in the direction of rotation of the tubular body **432** and, therefore, may not be visible in the view depicted in FIGS. **1**F and **1**G.

As depicted in FIG. **1**F, the expandable reamer **410** is shown in a contracted state, wherein the movable blades **412** and **414** are positioned radially or laterally inwardly. Actuation sleeve **440** may be positioned longitudinally in a first position near the upper longitudinal end of the tubular body **432**, so that the exterior of an upper end **451** of the actuation sleeve **440** is positioned to seal against an actuation seal **443**. Further, actuation seal **443** and lower sleeve seal **445** may seal against the actuation sleeve **440**. Thus, drilling fluid (not shown) may pass through actuation sleeve **440** without communicating with inner surfaces **421** and **423** of movable blades **412** and **414**, respectively, so long as the actuation sleeve **440** is appropriately longitudinally positioned by way of shear pins, interlocking members, frictional elements, collets, frangible members, or otherwise as known in the art.

Actuation sleeve **440** may include a reduced cross-sectional orifice **450**, which, in turn, may produce a downward longitudinal force as drilling fluid passes therethrough. Upon sufficient downward longitudinal force developing, the actuation sleeve **440** may be displaced longitudinally, as shown in FIG. **1**G, and may be guided by bushing elements **447** and **449**. Longitudinal displacement of actuation sleeve **440** may allow drilling fluid to act upon the movable blades **412** and **414** and may cause movable blades **412** and **414** to expand radially or laterally outwardly, matingly engaging retention elements **416** and **420**, respectively, as shown in FIG. **1**G, against the opposing forces of blade-biasing elements **424**, **426**, **428**, and **430**. Therefore, the expandable reamer **410** as depicted in FIGS. **1**F and **1**G may be a "one-shot" tool, wherein operation without drilling fluid communication to the movable blades **412** and **414** may not be possible without resetting the actuation sleeve **440** position as shown in FIG. **1**F. Alternatively, actuation sleeve lip **463** may be configured to engage a wireline tool (not shown) in order to apply an upward longitudinal force to the actuation sleeve **440** and position the actuation sleeve **440** to the longitudinal position shown in FIG. **1**F from the longitudinal position shown in

**18**

FIG. **1**G. Of course, movable blades **412** and **414** may return radially or laterally inwardly as the forces applied thereto by way of blade-biasing elements **424** and **426**, as well as **428** and **430**, respectively, exceed the forces of the drilling fluid upon the inner surfaces **421** and **423** of movable blades **412** and **414**, respectively. In addition, taper **419** may encourage radially or laterally inward movement of movable blades **412**, **414** by interaction with the borehole or casing.

By configuring the expandable reamer **410** with an actuation sleeve **440** that may be displaced substantially the longitudinal length of the movable blades **412** and **414**, several advantages may be realized. For instance, as may be seen in FIG. **1**F, contraction of the movable blades **412** and **414** may not be hindered by minor debris within relatively large bore **417**. Comparatively, the relative size of annulus **17** (shown in FIGS. **1**A and **1**B) between the actuation sleeve **40** and the inner surfaces **21** and **23** of movable blades **12** and **14** may impede refraction of the movable blades **12** and **14**, especially where debris exists therein.

FIG. **1**H shows the upper longitudinal region of another embodiment of an expandable reamer **710**, wherein an actuation sleeve **740** may be configured to longitudinally pass through a longitudinal region occupied by movable blades **712** and **714**. Expandable reamer **710** includes a tubular body **732** with bore **731** extending therethrough and movable blades **712** and **714** outwardly spaced from the centerline or longitudinal axis **725** of the tubular body **732**. Each movable blade **712** and **714** may carry a plurality of cutting elements (not shown for clarity). Further, movable blades **712** and **714** may carry at least one ovoid structure **737**. Ovoid structures **737** are shown in FIG. **1**H within gage areas **739** of the movable blades **712** and **714** for protecting associated cutting elements (not shown) proximate thereto. Tubular body **732** also includes a female-threaded box connection **715** at its upper longitudinal end and a male-threaded pin connection **711** (see FIG. **1**I) at its lower longitudinal end.

Expandable reamer **710**, as depicted in FIGS. **1**H and **1**I, is shown in a contracted state, wherein the movable blades **712** and **714** are positioned radially or laterally inwardly. Actuation sleeve **740**, as shown in FIG. **1**H, is positioned longitudinally near the upper longitudinal end of the tubular body **732**. Upper sleeve housing **744** may include inner seal element **745** in annular recess **743** for sealing against the actuation sleeve **740** as well as outer seal element **746** for sealing against the interior of tubular body **732**. In addition, lower sleeve seal **749** disposed within retaining sleeve **748** may be configured for sealing against the actuation sleeve **740**. Accordingly, as shown in FIG. **1**H, drilling fluid (not shown) may pass through actuation sleeve **740** while substantially sealed from communication with movable blades **712** and **714**.

Actuation sleeve **740** may include a reduced cross-sectional orifice **750** and may be displaced longitudinally in a fashion similar to the embodiments described hereinabove, in that drilling fluid flowing therethrough may produce a longitudinally downward force on the actuation sleeve **740**. FIG. **1**H also illustrates that an orifice body **751** may include reduced cross-sectional orifice **750** sealed within actuation sleeve **740** by way of orifice body seal **753**. Thus, the orifice body **751** and associated reduced cross-sectional orifice **750** may be replaced or modified by removing orifice body **751** from the interior of the actuation sleeve **740**. Collet sleeve **747** having a male feature **741** fitting into a complementary female feature **742** within the actuation sleeve **740** may retain actuation sleeve **740** in its position as shown in FIG. **1**H until the longitudinally downward force generated by way of the

US 8,215,418 B2

19

flow of drilling fluid through the reduced cross-sectional orifice **750** exceeds the retaining force supplied thereby.

Longitudinal displacement of actuation sleeve **740** below inner seal element **745** may allow drilling fluid to act upon inner surfaces **721** and **723** of movable blades **712** and **714**, respectively, causing them to expand radially or laterally outwardly against the opposing forces of blade-biasing elements **724** and **726**, as well as **728** and **730**, retained by retention elements **716** and **720**, respectively. Of course, movable blades **712** and **714** may return radially or laterally inwardly as the forces applied thereto by way of blade-biasing elements **724** and **726**, as well as **728** and **730**, respectively, exceed the forces of the drilling fluid upon the inner surfaces **721** and **723** of movable blades **712** and **714**, respectively.

As may further be seen with respect to FIG. 1I, retaining sleeve **748** is sized and configured so that the actuation sleeve **740** may be disposed longitudinally therein. Therefore, upon sufficient force, the actuation sleeve **740** may be longitudinally displaced so that its lower longitudinal end matingly engages the longitudinally lower end of the retaining sleeve **748**. In such a position, the actuation sleeve **740** may not coincide with any portion of the longitudinal extent of movable blades **712** and **714** (see FIG. 1H). As mentioned hereinabove, such a configuration may facilitate movable blades **712** and **714**, once expanded, to return radially or laterally inwardly. Retaining sleeve **748** may be prevented from longitudinal movement by way of indentation **756** and complementary male feature **759** disposed therein. Further, as shown in FIG. 1I, retaining sleeve **748** may include longitudinal slots **758** configured to increase the flow area available for drilling fluid passing through the expandable reamer **710**. More specifically, the actuation sleeve **740** may be disposed within the retaining sleeve **748**, such that drilling fluid may pass through both the reduced cross-sectional orifice **750** and the longitudinal slots **758**. One way to do so would be to configure the lengths of the actuation sleeve **740** and the retaining sleeve **748** so that the longitudinal upper surface of the actuation sleeve **740** is positioned below the upper extent **761** of the longitudinal slots **758**. Such a configuration may improve the drilling fluid flow characteristics of the expandable reamer **710**.

FIGS. **2**A and **2**B illustrate another exemplary embodiment of an expandable reamer **210** of the present invention, wherein a restriction element **266** may be used to actuate movable blades **212** and **214**. Expandable reamer **210** includes a tubular body **232** with a bore **231** extending therethrough and movable blades **212** and **214** outwardly spaced from the centerline or longitudinal axis **225** of the tubular body **232**, wherein each movable blade **212** and **214** may carry a plurality of cutting elements **236**. Tubular body **232** may also include a male-threaded pin connection **211** as well as a female-threaded box connection **215**. Cutting elements **236** are shown only on movable blade **212** for clarity, as the cutting elements on movable blade **214** may typically be facing in the direction of rotation of the expandable reamer **210** and, therefore, may not be visible in the view depicted in FIGS. **2**A and **2**B.

As depicted in FIG. **2**A, the expandable reamer **210** is shown in a state where the movable blades **212** and **214** are positioned radially or laterally inwardly. Actuation sleeve **240** may be positioned longitudinally in a first position near the upper longitudinal end of the tubular body **232**, so that the radial periphery of upper end **250** of the actuation sleeve **240** is positioned to seal against an actuation seal **243**. Thus, drilling fluid (not shown) may pass through actuation sleeve **240**, passing longitudinally by movable blades **212** and **214**. Actuation seal **243** and lower sleeve seal **245** may prevent

20

drilling fluid from interacting with movable blades **212** and **214**, so long as the actuation sleeve **240** is appropriately positioned. The actuation sleeve **240** may be releasably restrained by way of shear pins, interlocking members, frictional elements, or frangible members, or otherwise may be configured to maintain its longitudinal position under a wide range of operating conditions.

However, a restriction element **266** may be deployed within the drilling fluid stream and may ultimately be disposed within sleeve seat **252**, as shown in FIG. **2**B. Initially, as restriction element **266** becomes disposed within sleeve seat **252**, the actuation sleeve **240** longitudinal position may be as shown in FIG. **2**A. However, drilling fluid pressure may cause the actuation sleeve **240** to be displaced longitudinally to a position shown in FIG. **2**B. Upon contact between actuation seal **243** and the actuation sleeve **240** ceasing, drilling fluid may pass into an annulus **217** formed between inner surfaces **221** and **223** of movable blades **212** and **214**, respectively, and the actuation sleeve **240**. Although blade-biasing elements **224**, **226**, **228**, and **230** may be configured to provide an inward radial or lateral force upon movable blades **212** and **214**, drilling fluid pressure acting upon the inner surfaces **221** and **223** may generate a force that exceeds the inward radial or lateral force and movable blades **212** and **214** may be disposed radially or laterally outward, thus matingly engaging retention elements **216** and **220**, respectively. Retention elements **216** and **220** may be affixed to tubular body **232** by way of removable lock rods (not shown) disposed therethrough and within regions **233** and **235** as described hereinabove in relation to FIGS. **1**A, **1**B, and **1**D1. Thus, the movable blades **212** and **214** of expandable reamer **210** may be caused to expand to an outermost position and the borehole may be enlarged by the combination of rotation and longitudinal displacement of the expandable reamer **210**.

In addition, the longitudinal position of the actuation sleeve **240** after the restriction element **266** is deployed, as shown in FIG. **2**B, may be maintained or affixed by any number of means, such as interlocking members, pins, frictional members, or as otherwise known in the art. Thus, the expandable reamer **210** may be configured as a "one-shot" tool, wherein once the movable blades **212** and **214** are allowed to expand, the actuation system may not be reset without removing the tool from the borehole. Alternatively, the restriction element **266** and actuation sleeve **240** may be configured to allow for wireline tools or other means to reset the position of the actuation sleeve **240** and thereby reset the operating state of the expandable reamer **210** while within the borehole.

In order to allow drilling fluid to pass through the expandable reamer **210**, the actuation sleeve **240** may be configured with grooves **258** formed within but not through the thickness of the actuation sleeve **240** that do not extend below the lower sleeve seal **245** in the position as shown in FIG. **2**A. However, as shown in FIG. **2**B, the grooves **258** extend both longitudinally above and longitudinally below the lower sleeve seal **245**, which allows drilling fluid moving into the annulus **217** to pass longitudinally downwardly and into grooves **258**, past lower sleeve seal **245**, through scallops or holes **253** formed in the lower longitudinal end of actuation sleeve **240**, thereby passing into the bore **231** of the tubular body **232** of expandable reamer **210**. As such, the drilling fluid may pass through the expandable reamer **210** ultimately to be delivered to another downhole tool, pilot drill bit, or other drilling implement. Alternatively, the actuation sleeve **240** may include burst discs or other frangible members that allow drilling fluid to communicate between the bore **231** of the tubular body **232** of expandable reamer **210** and annulus **217** when actuation

US 8,215,418 B2

21

sleeve **240** allows drilling fluid to act upon the inner surfaces **221** and **223** of movable blades **212** and **214**, respectively.

At least one movable blade of the expandable reamer **210** may be configured with a port **234** to aid in cleaning the formation cuttings from the cutting elements **236** affixed to the movable blades **212** and/or **214** during reaming/drilling. Port **234** may be configured near the lower longitudinal cutting elements **236** on the movable blade **212** and may be oriented at about 15° from the horizontal toward the upper longitudinal end of the expandable reamer **210**. Of course, the present invention contemplates that a port **234** may be oriented as desired. Port **234** may be located near to, or actually as a part of, movable blade **212**, as shown. Other configurations for communicating fluid from the interior of the tubular body **232** to the cutting elements **236** on the movable blades **212** and **214** are contemplated, including a plurality of ports **234** on at least one movable blade.

Accordingly, after radial or lateral expansion of movable blades **212** and **214**, movable blades **212** and **214** may be caused to contract when the drilling fluid pressure decreases sufficiently so that blade-biasing elements **224**, **226**, **228**, and **230** may exert a radially or laterally inward force to bias movable blades **212** and **214** radially or laterally inward. As noted hereinabove, a taper **219** may facilitate movable blades **212** and **214** returning radially or laterally inwardly via contact between the taper **219** and any other surface or body.

As a further aspect of the present invention, a pin guide sleeve assembly **360** as shown in FIG. **3** may be used to position an actuation sleeve **368** within an expandable reamer of the present invention. As illustrated in FIGS. **1**A through **2**B, an actuation sleeve may be used to cause movable blades of an expandable reamer to deploy. More specifically, the position of an actuation sleeve may cause the movable blades of the expandable reamer of the present invention to expand or contract. Thus, the position of an actuation sleeve **368** may be adjusted by way of a pin guide sleeve assembly **360** and thus may cause movable blades of an expandable reamer to deploy or retract.

FIG. **3** shows a pin guide sleeve assembly **360** wherein a groove **366** is formed within sleeve **362**. Pin **364** may be disposed within the groove **366** and pin **364** may be affixed to an actuation sleeve **368** of an expandable reamer of the present invention. Thus, as the pin **364** may be caused to move within the groove **366**, actuation sleeve **368** may be caused to move within an expandable reamer. Groove **366** may comprise a pattern of peaks and valleys, as represented by the regions A**1**, B**1**, C**1**, D**1**, and A**2**. Further, groove **366** may be configured to extend about the entire circumference of the sleeve **362** in a repeating, continuous manner, so that the pin **364** may be caused to repeatedly traverse within the groove **366** and about the circumference of the sleeve **362**. For instance, groove **366** may comprise a series of alternating upwardly sloping and downwardly sloping arcuate paths. To facilitate movement of the pin **364** within the groove **366**, it may be advantageous to configure the actuation sleeve **368** so that relatively high flow rates of drilling fluid cause the actuation sleeve **368** and pin **364** to be forced downward. Further, the actuation sleeve **368** may be configured with a restoring upward force by way of a biasing element as described hereinabove.

Therefore, considering the beginning at position A**1** as shown in FIG. **3**, the pin **364** may be traversed within the groove **366** to position B**1** by way of a relatively high flow rate of drilling fluid, for instance, 800 gallons per minute. Sufficient reduction of the flow rate of drilling fluid may cause the restoring force of a biasing element to cause the pin **364** and actuation sleeve **368** to move upward, into position C**1**. Simi-

22

larly, the pin **364** and actuation sleeve **368** may be caused to move to position D**1** via a relatively high flow rate of drilling fluid. Further, sufficient reduction of the flow rate of drilling fluid may cause the pin **364** and actuation sleeve **368** to move to position A**2**. Of course, as mentioned above, the pattern may continue around the entire circumference of the sleeve **362**, and may be continuous so that the sequence may be repeated any number of times. For instance, the groove **366** as shown in FIG. **3** may include peaks and valleys B**2**, C**2**, D**2**, A**3**, B**3**, C**3**, and D**3** (not shown) on the portion of the circumference of the sleeve **362** not visible in FIG. **3**. Further, the interaction between the flow rate and the restoring force may be configured so that drilling fluid flow rates used during typical operation, for instance, 400 gallons per minute flow rate of drilling fluid, may cause the pin **364** to traverse only a portion of the distance between either A**1** and B**1** or C**1** and D**1** (or generally any upper and lower points within the groove **366**). This may be advantageous so that the operating condition of the expandable reamer may not change unexpectedly. Although the above description describes different longitudinal positions of the actuation sleeve **368**, the present invention contemplates that rotation of pin **364** within pin guide sleeve assembly **360** may also cause actuation of movable blades within an expandable reamer of the present invention, without limitation.

In a further embodiment of the present invention, an expandable reamer sub **310** with a movable blade **312** having an expanded outermost diameter that may exceed the diameter that is ordinarily attainable via conventional expandable reamers is shown in FIGS. **4**A and **4**B. More particularly, conventional reamers may only expand up to about 20% of their initial diameter. However, the expandable reamer of the present invention may expand up to about 40% of its initial diameter. Thus, the expandable reamer of the present invention may expand in excess of 20% of its initial diameter and up to about 40% of its initial diameter. For example, the expandable reamer sub of the present invention may include a blade that expands from an initial diameter of about 10.5 inches to an expanded diameter of about 14.75 inches. Conventional expandable reamers may be limited in expanding from an initial diameter of about 10.5 inches to an expanded diameter of about 14.75 inches. However, the present invention is not limited in its application to any particular size and may be applied to numerous sizes and configurations.

Expandable reamer sub **310** includes tubular body **332**, bore **331**, and movable blade **312** carrying cutting elements **336**. In such a configuration, inner surface **321** of movable blade **312** may extend into the space near and past a longitudinal axis **325** (center) of the expandable reamer sub **310**. Due to space limitations, where multiple movable blades are disposed with overlapping longitudinal extents, the radially inner surfaces may only extend to the longitudinal axis **325** of the expandable reamer sub **310**. Retaining structures **350** and **352** may be disposed near the center of the expandable reamer sub **310**, as shown in FIGS. **4**A and **4**B. Retaining structure **350**, as shown in FIGS. **4**A and **4**B, includes a hole **361** for disposing a shear pin (not shown) and retaining structure **352** includes a hole **363** for disposing a shear pin (not shown). Further, the bore **331** extending through the expandable reamer sub **310** may be shaped to allow drilling fluid to pass around the movable blade **312** while contracted within the expandable reamer sub **310**.

However, since it may be preferred to drill with multiple reaming/drilling blades, multiple expandable reamer subs **310** may be assembled together or to other drilling equipment via female-threaded box connection **315** and male-threaded pin connection **311**. Accordingly, each movable blade **312** of

**23**

each expandable reamer sub **310** may be aligned circumferentially as desired in relation to one another. For instance, three expandable reamer subs **310** may be assembled so that each movable blade **312** is circumferentially separated from another movable blade **312** by about 120°. Of course, many different assemblies containing different numbers of movable blades in different arrangements are contemplated by the present invention.

During operation, movable blade **312** may be pinned into place by way of shear pins (not shown) disposed within holes **361** and **363** extending into respective holes within movable blade **312**, as known in the art. Further, bias forces applied by way of blade-biasing elements **324** and **326** may provide forces to retain the movable blade **312** against the retaining structures **350** and **352**. However, as drilling fluid pressure may be increased, the forces generated thereby may cause shear pins (not shown) within holes **361** and **363** and extending into movable blade **312** to fail. In turn, the pressure of the drilling fluid on the inner surface **321** of the movable blade **312** may cause the movable blade **312** to be disposed radially or laterally outwardly, matingly engaging retention element **316** as shown in FIG. **4**B. Retention element **316** may be affixed to tubular body **332** of expandable reamer sub **310** by way of removable lock rods (not shown) disposed within holes (not shown) in regions **333** and **335** as described hereinabove. Of course, as drilling fluid pressure may be decreased, the movable blade **312** may be biased by the blade-biasing elements **324** and **326** toward the position shown in FIG. **4**A. In addition, taper **319** may encourage the movable blade **312** to return radially or laterally inward.

Turning to FIG. **5**A, a bottom cross-sectional view of an expandable reamer **80** of the present invention is shown schematically wherein the movable blades **82**, **84**, and **86** are arranged circumferentially symmetrically within tubular body **83** about bore **87** of the expandable reamer **80**. Put another way, adjacent movable blades **82**, **84**, and **86** are separated by about 120° from one another. Movable blades **82**, **84**, and **86** are shown in their innermost radial or lateral positions, respectively; however, reference diameter **88** illustrates the borehole diameter that would be drilled if movable blades **82**, **84**, and **86** were disposed at their outermost radial or lateral positions, respectively. In comparison, FIG. **5**B shows a schematic bottom cross-sectional view of an expandable reamer **81** of the present invention wherein movable blades **82**, **84**, and **86** are configured in a circumferentially asymmetrical arrangement within tubular body **83** about bore **87** of an expandable reamer **81**. Also, movable blades **82**, **84**, and **86** are positioned at their outermost radial or lateral position, thus substantially conforming to reference diameter **88**. Of course, many different movable blade positions and configuration embodiments are possible and are contemplated by the present invention. For instance, movable blades **82**, **84**, and **86** may be positioned along a general helix or spiral with respect to the longitudinal axis of the reaming assembly. Further, the movable blade shapes may be tapered, angled, or otherwise configured. In addition, movable blades **82**, **84**, and **86** may be displaced along helical, lateral, or spiral paths, or other various displacement paths to effect overall radial or lateral displacement.

Furthermore, different movable blades may be configured to drill at different diameters. FIG. **5**C schematically shows a cross-sectional bottom view of an expandable reamer **181** of the present invention where movable blades **182**, **186**, and **190** are configured in a circumferentially symmetric arrangement about bore **187** and are shown at their outermost radial or lateral positions, substantially conforming to reference diameter **194**. In addition, movable blades **184**, **188**, and **192**

**24**

are configured in a circumferentially symmetric arrangement about bore **187** and are shown at their outermost radial or lateral positions, thus substantially conforming to reference diameter **196**. Prior to expansion, movable blades **182**, **184**, **186**, **188**, **190**, and **192** may be positioned at substantially the outer diameter of tubular body **183**. Further, movable blades **182**, **186**, and **190** may be configured to actuate or be displaced radially or laterally outwardly under operating conditions different from movable blades **184**, **188**, and **192**. Conversely, movable blades **182**, **186**, and **190** may be configured to actuate or be displaced outwardly under substantially the same operating conditions as movable blades **184**, **188**, and **192**. Accordingly, as may be seen from FIG. **5**C, the expandable reamer of the present invention contemplates different sets of movable blades corresponding to different effective drilling diameters.

In any of the above embodiments of expandable reamers of the present invention, adjustable spacer elements may be employed so that an expandable reamer may be adjustable in its reaming diameter. Such a configuration may be advantageous to reduce inventory and machining costs, and for flexibility in use of the expandable reamer. FIGS. **6**A and **6**B show adjustable spacer elements **288** and **290** that may be replaced and/or adjusted. More specifically, for example, length "L" as shown in FIG. **6**B may be modified so that the outermost radial or lateral position of movable blade **282** may be adjusted accordingly. Adjustable spacer elements **288** and **290** may be disposed within blade-biasing elements **292** and **294** as shown in FIG. **6**A, or may be affixed to movable blade **282** or retention element **284**. Thus, utilizing adjustable spacer elements **288** and **290** may allow for a single movable blade design and spacing element design to be used in various borehole sizes and applications. For instance, the expandable reamer of the present invention, including adjustable spacer elements **288** and **290**, may enlarge a particular section of borehole to a first diameter, then may be removed from the borehole and another set of adjustable spacer elements having a different length "L" may replace adjustable spacer elements **288** and **290**, then the expandable reamer may be used to enlarge another section of borehole at a second diameter. Further, minor adjustment of the outermost lateral position of the movable blade may be desirable during drilling operations by way of threads or other adjustment mechanisms when adjustable spacer elements **288** and **290** are affixed to either the movable blade **282** or retention element **284**.

Also applicable generally to the embodiments of the present invention including movable blades is a particular seal arrangement, as shown in FIGS. **7**A and **7**B. A T-shaped seal **380** comprising a relatively soft material, such as VITON™, may be disposed adjacent to one or more relatively stiff backup seals **384** or **382** having a wiping surface **387** or **389** including at least two ridges **390** or **392**, respectively. More specifically, the width W of the T-shaped seal **380** may be about 0.585 inch, while the height H of the backup seals **382** and **384** may be about 0.245 inch. Because backup seals **384** and **382** are relatively stiff, they must each have one cut or slice therethrough to allow the backup seal **384** or **382** to collapse to a reduced diameter for insertion and subsequently enable the backup seal **382** or **384** to open to its larger, normal diameter and fit into the groove with T-shaped seal **380**. When a backup seal **382** or **384** is in place, it returns to its normal diameter adjacent T-shaped seal **380**. Such a configuration may be advantageous for inhibiting interaction between the T-shaped seal **380** and contaminants. More specifically, as shown in FIG. **7**B, upon compression of and subsequent applied differential pressure to T-shaped seal **380** by way of adjacent surface **399**, the backup seals **384** and **382**

25

26

may contact the adjacent surface **399**. Thus, as either the T-shaped seal **380** or surface **399** moves relative to one another, one of the backup seals **384** or **382** contacts the surface **399** prior to the T-shaped seal **380**, according to the direction of travel. Ridges **390** and **392** may therefore facilitate removal of contaminants from the surface **399** and thereby inhibit contaminants from contacting T-shaped seal **380**. Ridges **390** and **392** are one possible configuration for backup seals **384** or **382**; however, any nonplanar surface geometry may be used as well. Of course, relative motion between the T-shaped seal **380** and another surface may be anticipated in one direction only. Therefore, one backup seal configured with ridges and located adjacent the T-shaped seal **380** preceding the anticipated direction of movement may be sufficient to protect the T-shaped seal **380**.

Moreover, compensator systems may be employed in combination with any dynamic seals of the present invention. As an example, a compensator system such as the compensator system for roller cone rotary drill bits disclosed in U.S. Pat. No. 4,727,942, assigned to the assignee of the present invention and incorporated herein in its entirety by reference, may be included within the expandable reamer of the present invention.

As shown in FIGS. **8**A and **8**B, shaped cavity **472** may be formed wherein the end **479** thereof may allow communication with drilling fluid. A flexible diaphragm **474** and protector cup **473** may be disposed therein, as shown in FIG. **8**A. The chamber formed between the flexible diaphragm **474** and the protector cup **473** may be filled with lubricant **477**. A compensator cap **482**, snap ring **488**, lubricant plug **484**, and sealing element **486** may allow for assembly of compensator **470**, as well as replacement of the lubricant **477**, protector cup **473**, or flexible diaphragm **474**.

Compensator **470** may substantially equalize drilling fluid pressure with lubricant pressure and may cause lubricant **477** to be supplied to a seal (not shown). Flexible diaphragm **474** having a small perforation **476** therein may be exposed on one side to the pressure of the drilling fluid and on the other side to lubricant **477** supplied to a bearing or seal (not shown). If the pressure of the lubricant **477** exceeds the pressure of the drilling fluid, a portion of lubricant **477** may be released through the small perforation **476** into the drilling fluid, thereby substantially equalizing the pressure of the lubricant **477** to the drilling fluid pressure. If the pressure of the drilling fluid exceeds the pressure of the lubricant **477**, the small perforation **476** may be effectively sealed thereby, and the flexible diaphragm **474** may deform to push a portion of lubricant **477** through aperture **475** and into lubricant delivery tube **480**. Lubricant delivery tube **480** may typically communicate with a seal (not shown), thereby supplying lubricant **477** thereto.

As shown in FIG. **8**B, compensators **470**, **471** may be disposed within movable blades **590** and **592**, affixed to tubular body **571** by way of retention elements **572** and **570**, respectively. Movable blade **590** includes seal elements **582** and **584** disposed in grooves **583** and **585** extending about an exterior thereof, while movable blade **592** includes seal elements **586** and **588** disposed in grooves **587** and **589** extending about an exterior thereof. Compensator **470** acts upon the lubricant in communication with a circumferential area on the exterior of movable blade **590** located between seal elements **582** and **584** while compensator **471** acts upon the lubricant in communication with a circumferential area on the exterior of movable blade **592** located between seal elements **586** and **588**. More specifically, compensator **470** may supply lubricant to seal elements **582** and **584** via lubricant delivery tubes **480**. Similarly, compensator **471** may supply lubricant to seal

elements **586** and **588** via lubricant delivery tubes **480**. Accordingly, as movable blades **590** and **592** move radially or laterally inwardly and outwardly, compensators **470**, **471** move therewith, respectively. It may be advantageous to configure seal elements **582**, **584**, **586** and **588** so that radially inward seal elements **584** and **588** may preferentially prevent lubricant from passing thereby in relation to radially outward seal elements **582** and **586**, respectively. For instance, radially inward seal elements **584** and **588** may be held in greater compression than radially outward seal elements **582** and **586**. Such a configuration may prevent lubricant from contacting blade-biasing elements **574**, **576**, **578**, and **580**, and may further prevent debris from entering across radially outward seal elements **582** and **586**. Of course, a compensator may be disposed, sized, and oriented within the tubular body of an expandable reamer of the present invention as physical size allows. For instance, it may be preferred to orient the end **479** of the shaped cavity **472** to communicate with the exterior of the movable blades **590** and **592**. Furthermore, a compensator may be employed with respect to lubricant in communication with roller or thrust bearings, bushings, static seals, actuation sleeve seals, or any other moving elements within the expandable reamer of the present invention, without limitation.

In another exemplary embodiment of the present invention, a separation element actuation system may actuate as well as maintain the cleanliness and functionality of movable blades **512** and **514** of expandable reamer **510** of the present invention. FIGS. **9**A and **9**B illustrate the expandable reamer **510** of the present invention including movable blades **512** and **514** outwardly spaced from centerline or longitudinal axis **525** of tubular body **532**, affixed therein by way of retention elements **516** and **520**, respectively, and carrying cutting elements **536** (only shown on movable blade **512** for clarity). Tubular body **532** includes a bore **531** therethrough for conducting drilling fluid, as well as a male-threaded pin connection **511** and a female-threaded box connection **515**. As shown in FIGS. **9**A and **9**B, a separation element **560**, including a reduced cross-sectional orifice **550**, may also comprise sealing element **543**. Thus, drilling fluid may act upon upper surface **533** of one side of the separation element **560**, while another fluid, such as oil, acts upon lower surface **535** of the separation element **560**. Such a configuration may substantially inhibit drilling fluid from contacting inner surfaces **521** and **523** of movable blades **512** and **514**. Accordingly, as may be seen in FIGS. **9**A and **9**B, an upper chamber **513** and an annulus **517** formed between the separation element **560** and the inner surfaces **521** and **523** of the movable blades **512** and **514** may be sealed from drilling fluid passing through expandable reamer **510** by sealing element **543**, as well as lower sealing element **545**. Upper chamber **513** and annulus **517** may be filled with a fluid by way of port **549**, which may be sealed otherwise by way of a threaded plug or as otherwise configured during use of the expandable reamer **510**.

Thus, during operation, separation element **560** may be positioned longitudinally in a first position, as shown in FIG. **9**A. Drilling fluid may pass through separation element **560**, thus passing by movable blades **512** and **514**, and exiting the separation element **560** at its lower longitudinal end. A shear pin (not shown) or other frangible element (not shown) may restrain separation element **560** in its initial longitudinal position, as shown in FIG. **9**A. As drilling fluid passes through separation element **560**, the reduced cross-sectional orifice **550** may produce a force upon the separation element **560** and may cause a friable or frictional element (not shown) to release the separation element **560** and allow the separation element **560** to move longitudinally downward.

27
28

As the longitudinal position of the separation element **560** changes, fluid within the upper chamber **513** may be transferred into the annulus **517** and pressure may develop therein. Thus, pressure developed within annulus **517** acts on the inner surfaces **521** and **523** of movable blades **512** and **514**, respectively, against forces generated by way of blade-biasing elements **524**, **526**, **528**, and **530**. Sufficient pressure acting upon the inner surfaces **521** and **523** may cause the movable blades **512** and **514** to move radially or laterally outwardly to an outermost radial or lateral position, matingly engaging retention elements **516** and **520**, respectively, as shown in FIG. **9**B. Also, upon sufficient reduction of drilling fluid flow and, accordingly, the pressure within annulus **517**, the expandable reamer **510** may substantially return to its initial operational state, as shown in FIG. **9**A. More specifically, blade-biasing elements **524**, **526**, **528**, and **530**, in conjunction with or independent of taper **519**, may cause movable blades **512** and **514** to return radially or laterally inwardly, thus causing separation element **560** to return longitudinally upwardly.

Alternatively, instead of a separation element that transmits or communicates pressure or forces to another fluid in communication with movable blades, movable blades of the present invention may be separated from drilling fluid by way of a fixed barrier. For instance, in reference to FIG. **9**A, the separation element **560** may be fixed within the tubular body **532** by way of bolts or pins, or as otherwise configured. Furthermore, pressurized fluid or gas may be supplied within annulus **517** by way of a downhole pump or turbine via port **549**. Accordingly, the movable blades **512** and **514** may be deployed thereby. Such a configuration may allow for expandable reamer **510** to be expanded irrespective of drilling fluid flow rates or pressures. Of course, many configurations may exist where the movable blades may communicate with a nondrilling fluid pressurized by a downhole pump or turbine. For instance, in any embodiments including an actuation sleeve, the actuation sleeve may be fixed in a position separating drilling fluid from communication with any movable blades and a port may be provided to pressurize the movable blades.

In a further aspect of the present invention, FIG. **10** shows a partial side cross-sectional view of an expandable reamer **810** including replaceable bearing pads **870** and **872**. Expandable reamer **810** includes movable blades **812** and **814** affixed within tubular body **832** by way of retention elements **816** and **820**, respectively, and carrying cutting elements **836** (only shown on movable blade **812** for clarity). Replaceable bearing pads **870** and **872** may be affixed to tubular body **832** by way of removable lock rods (not shown) as described hereinabove. Thus, replaceable bearing pads **870** and **872** may be removed from tubular body **832** by way of removing the removable lock rods (not shown). Alternatively, replaceable bearing pads **870** and **872** may be affixed to tubular body **832** by way of pins, threaded elements, splines, or dovetail configurations, or as otherwise known in the art. Replaceable bearing pads **870** and **872** may comprise hardfacing materials, diamond, tungsten carbide, tungsten carbide bricks, tungsten carbide matrix, or superabrasive materials. As shown in FIG. **10**, replaceable bearing pads **870** and **872** may be disposed longitudinally preceding movable blades **812** and **814** in the direction of drilling or reaming. Accordingly, replaceable bearing pads **870** and **872** may be sized to substantially correspond to the outer diameter of the pilot drill bit (not shown) affixed to the lower longitudinal end of the expandable reamer **810**. Such a configuration may be advantageous for stabilizing the expandable reamer **810** during use thereof.

Movable bearing pads may also be included within the expandable reamer of the present invention. FIG. **11**A shows

an expandable reamer **101** of the present invention including movable bearing pads **152** and **154**, wherein both movable blades **112** and **114**, as well as movable bearing pads **152** and **154**, are disposed at their outermost lateral positions. Further, expandable reamer **101** includes tubular body **132**, bore **131**, and movable blades **112** and **114** carrying cutting elements **136** (shown only on movable blade **112**, for clarity). Retention elements **116** and **120** may retain movable blades **112** and **114** within tubular body **132** by way of removable lock rods (not shown) or as otherwise configured. Similarly, bearing pad retention elements **160** and **162** may retain movable bearing pads **154** and **152**, respectively, within tubular body **132**. Tubular body **132** may include a male-threaded pin connection **111**, female-threaded box connection **115**, and bore **131** extending therethrough.

The position of actuation sleeve **140** may allow or prevent drilling fluid from acting upon inner surfaces **121** and **123** of movable blades **112** and **114**, respectively, as well as inner surfaces **151** and **153** of movable bearing pads **152** and **154**, respectively. More specifically, actuation sleeve **140** may include a reduced cross-sectional orifice **150** configured to develop force thereon by way of drilling fluid flowing therethrough. Thus, in an initial position (not shown) apertures **142** may be positioned above actuation seal **143**, preventing drilling fluid from acting on either the movable blades **112** and **114** or movable bearing pads **152** and **154**. In addition, seal **145** may prevent drilling fluid passing through the actuation sleeve **140** from communicating with annulus **117**. However, upon sufficient force developed by way of drilling fluid passing through the reduced cross-sectional orifice **150**, the actuation sleeve **140** may move to a longitudinal position as shown in FIG. **11**A, thus allowing drilling fluid to act upon the inner surfaces **121** and **123** of movable blades **112** and **114**, respectively, as well as the inner surfaces **151** and **153** of movable bearing pads **152** and **154**, respectively. Drilling fluid may continue to pass through the expandable reamer **101** by way of grooves **158** formed within but not through the outer thickness of the actuation sleeve **140**, effectively allowing drilling fluid to pass by seal **145** and through scallops or holes **157** into bore **131** of the tubular body **132**.

Therefore, operation of expandable reamer **101** is generally similar to the operation described hereinabove with respect to FIGS. **1**A and **1**B, in that movable blades **112** and **114** may be forced against blade-biasing elements **124**, **126**, **128**, and **130** configured to provide an inward radial or lateral force thereon, respectively, opposing forces developed by drilling fluid acting upon the inner surfaces **121** and **123** of movable blades **112** and **114**. In addition, movable bearing pads **154** and **152** may expand or contract radially or laterally according to the drilling fluid pressure and the forces applied thereto by way of associated bearing-pad-biasing elements **164**, **166**, **168** and **170**. More particularly, movable bearing pad **154** compresses biasing elements **164** and **166**, while movable bearing pad **152** compresses biasing elements **168** and **170**, according to the drilling fluid pressure acting upon inner surfaces **153** and **151**. Upon sufficient drilling fluid pressure acting upon inner surfaces **151** and **153**, movable bearing pad **154** matingly engages retention element **160** at its outermost radial or lateral position, while movable bearing pad **152** matingly engages retention element **162** at its outermost radial or lateral position, as shown in FIG. **11**A. Movable bearing pads **154** and **152** may be configured, via bearing-pad-biasing elements **164**, **166**, **168** and **170** to expand under different conditions than the movable blades **112** and **114**. For instance, movable bearing pads **152** and **154** may be configured to expand at less pressure than movable blades **112** and **114** to provide increased stability to the expandable

29

reamer **101** prior to the movable blades' **112** and **114** movement to their outermost lateral positions. Of course, the expandable reamer **101** may comprise one or more movable bearing pads configured in circumferentially asymmetric or symmetric arrangements.

In a further exemplary embodiment of the expandable reamer of the present invention, the vector sum of the cutting forces may be directed toward a fixed bearing pad or movable bearing pad. FIGS. **11**B and **11**C show an expandable reamer assembly **301** of the present invention in a side perspective view and a schematic top cross-sectional view, respectively. Expandable reamer **300** includes movable blades **303**, **305**, and **307** disposed therein via removable lock rods (not shown) disposed within holes **306**. In addition, movable bearing pad **302** (not shown in FIG. **11**B, as it is positioned on the opposite side of the view in FIG. **11**B) is disposed within expandable reamer **300**. Pilot drill bit **256** may be affixed to expandable reamer **300** via a threaded connection, as known in the art. Pilot drill bit **256**, as shown, is a rotary drag bit including blades **259**, **260**, **262**, and bearing pad **264** (not shown in FIG. **11**B as it is positioned on the opposite side of the view in FIG. **11**B). Pilot drill bit **256** may employ PDC cutting elements **254** although, as previously noted, a tricone pilot bit or other rotary bit may be employed without limitation. Similarly, movable blades **303**, **305**, and **307** may carry PDC cutting elements **340**. The top end of expandable reamer **300** comprises a male-threaded pin connection **251** for threading to a drill string bottom hole assembly or to the output shaft of a downhole motor bearing housing (not shown), the motor typically being a positive-displacement or Moineau-type drilling fluid-driven motor as known in the art. The direction of rotation **261** of the expandable reamer assembly **301** is also shown for clarity.

FIG. **11**C shows a schematic bottom cross-sectional view of an expandable reamer assembly **301** of the present invention wherein the sum of cutting forces of the expandable reamer **300** is directed toward a movable bearing pad **302** along direction vector **175** while the sum of the cutting forces of the pilot drill bit **256** (FIG. **11**B) is directed toward a drill bit bearing pad **264** along direction vector **175**, the drill bit bearing pad **264** and the movable bearing pad **302** being circumferentially aligned. Drill bit blades **259**, **260**, **262** and bearing pad **264** are arranged circumferentially asymmetrically and configured, sized, and positioned to drill a borehole of reference diameter **171**. Similarly, movable blades **303**, **305**, **307**, and movable bearing pad **302** are arranged circumferentially asymmetrically and configured, sized, and positioned to ream a borehole of reference diameter **161** corresponding to their outermost lateral positions, respectively.

The vector sum of the forces generated by PDC cutting elements **254** carried by pilot drill bit **256** during drilling may be directed along direction vector **175**. Likewise, the vector sum of the forces generated by PDC cutting elements **340** carried by expandable reamer **300** may be directed along direction vector **175**. In doing so, the vector sum of the cutting forces of PDC cutting elements **254** carried by the pilot drill bit **256** may be directed toward the drill bit bearing pad **264**. Further, the vector sum of the cutting forces of PDC cutting elements **340** carried by expandable reamer **300** may be directed toward movable bearing pad **302**. Such a configuration may be advantageous as inhibiting whirl motion of the expandable reamer assembly **301**. Alternatively, the drill bit bearing pad **264** and the movable bearing pad **302**, as well as the respective sum of the cutting forces of each, may be directed to different circumferential positions to improve operational characteristics of the expandable reamer assembly **301**. Thus, antiwhirl concepts may be applied to the

30

movable blades, fixed bearing pads, and movable bearing pads of an expandable reamer of the present invention in any combination with drill bits and associated antiwhirl configurations.

As mentioned hereinabove, perceptible drilling fluid pressure responses may indicate an operational state of an expandable reamer of the present invention, and it may be advantageous to configure an expandable reamer of the present invention to exhibit such drilling fluid pressure responses. FIG. **12** shows a conceptual depiction of a perceptible pressure response occurring during the increase in drilling fluid flow between starting time t**0** and ending time t**f** for an expandable reamer according to the present invention wherein a sliding mechanism, such as the aforementioned actuation sleeve **40**, moves to allow drilling fluid pressure to force movable blades **12** and **14** radially or laterally outward. Considering the actuation sleeve configuration shown in FIG. **1**A, at time t**1** (labeled "Trigger Point"), drilling fluid may begin to communicate with annulus **17** by way of apertures **42** in actuation sleeve **40** and may also exit from port **34**, and, accordingly, the drilling fluid pressure may drop. Alternatively, an actuation sleeve or actuation mechanism may suddenly pressurize annulus **17** by way of a shear pin or other frangible member that suddenly allows the actuation sleeve to move, thus causing the drilling fluid pressure to drop. Subsequent to the initial communication of drilling fluid pressure to annulus **17** and movable blades **12** and **14**, drilling fluid pressure may build within the annulus **17** as the blade-biasing elements **24**, **26**, **28**, and **30** resist the movement of movable blades **12** and **14**. Further, drilling fluid pressure may equalize and then may continue to rise to a desired level as an equilibrium flow rate is established through the expandable reamer **10**.

FIG. **13** shows a conceptual depiction of a perceptible drilling fluid pressure response occurring during the decrease in drilling fluid flow between starting time t**0** and ending time t**f** for an expandable reamer **10** as shown in FIG. **1**B, wherein actuation sleeve **40** is positioned to prevent drilling fluid from communicating with movable blades **12** and **14**. As drilling fluid flow is reduced, actuation sleeve **40** may be biased to prevent drilling fluid pressure from communicating with movable blades **12** and **14** at time t**1**, which may cause the drilling fluid pressure to rise temporarily. Thus, the contraction of the movable blades **12** and **14** may cause a perceptible drilling fluid pressure response comprising a decrease in drilling fluid pressure, followed by a rise in drilling fluid pressure and followed by a continued decline in drilling fluid pressure.

Accordingly, as described above, the actuation sleeve configuration and movable blade configuration may be selectively tailored to correspondingly affect the drilling fluid pressure response in relation to an operational characteristic of the expandable reamer. Further, the present invention also contemplates additional alternatives for tailoring a drilling fluid pressure response during operation of an expandable reamer. For instance, the activation mechanism of the expandable reamer may be designed to gradually or suddenly prevent or allow communication of the drilling fluid with the movable blade sections, thus potentially creating differing drilling fluid pressure responses. Further, a fluid aperture or port that is included in an expandable reamer may be configured with at least one burst disc, which may be designed to rupture at a selected pressure and may generate a perceptible drilling fluid pressure response. Additionally, fluid aperture sizes, annulus sizes, and biasing elements may be tailored to enhance or modify the drilling fluid pressure response characteristics of an expandable reamer during operation thereof.

31
32

Further, it may be advantageous to tailor the fluid path through the expandable reamer in relation to an operational state thereof. FIGS. **14**A and **14**B show an expandable reamer **610** of the present invention including tubular body **632**, bore **631**, and movable blades **612** and **614** carrying cutting elements **636** (shown only on movable blade **612** for clarity) outwardly spaced from centerline or longitudinal axis **625** of the tubular body **632**. Retention elements **616** and **620** may retain movable blades **612** and **614** within tubular body **632** by way of removable lock rods (not shown) or as otherwise configured. Tubular body **632** may include a male-threaded pin connection **611** and female-threaded box connection **615**.

As in other embodiments of the expandable reamer of the present invention described herein, the position of actuation sleeve **640** may allow or prevent drilling fluid from acting upon inner surfaces **621** and **623** of movable blades **612** and **614**, respectively. Specifically, actuation sleeve **640** may include a reduced cross-sectional orifice **650** configured to develop force thereon by way of drilling fluid flowing therethrough. Thus, in an initial position (not shown), apertures **642** may be positioned above an actuation seal **643**, preventing drilling fluid from acting on movable blades **612** and **614**, as shown in FIG. **14**A. In addition, seal **645** may prevent drilling fluid passing through the actuation sleeve **640** from communicating with annulus **617**. However, upon sufficient force developed by way of drilling fluid passing through the reduced cross-sectional orifice **650**, the actuation sleeve **640** may move to a longitudinal position as shown in FIG. **14**B, thus allowing drilling fluid to act upon the inner surfaces **621** and **623** of movable blades **612** and **614**, respectively.

In relation to a fluid path that may be tailored to generate an amplified or distinctive drilling fluid pressure response, as shown in FIGS. **14**A and **14**B, one possible way to do this may be to provide ports **660** and **662** formed within retention elements **620** and **616**, respectively, that allow drilling fluid to pass from the inside of expandable reamer **610** to the outside thereof upon the drilling fluid becoming communicative with the movable blades **612** and **614**. However, as the movable blades **612** and **614** expand radially or laterally outwardly, the ports **660** and **662** may become increasingly sealed or blocked in relation to the displacement of the movable blades **612** and **614** toward their outermost radial or lateral position. More specifically, plugs **664** and **666**, affixed to movable blades **612** and **614**, are displaced therewith and, upon sufficient displacement, may fit into and substantially seal ports **660** and **662**, respectively. Upon the movable blades **612** and **614** reaching their outermost radial or lateral positions, ports **660** and **662** may become substantially blocked, thus impeding the flow of drilling fluid from the inside of the expandable reamer **610** therethrough to the outside of the expandable reamer **610**, as shown in FIG. **14**B. Thus, as the movable blades **612** and **614** move into an expanded position, the ports **660** and **662** are initially open and become increasingly sealed or blocked by the displacement thereof. In turn, as the ports **660** and **662** become blocked, the drilling fluid pressure within the expandable reamer **610** may increase, forcing the movable blades **612** and **614** radially or laterally outwardly. Thus, the drilling fluid pressure within the expandable reamer **610** may rapidly increase as the movable blades **612** and **614** are displaced to their outermost radial or lateral positions. Accordingly, the relatively rapid increase in drilling fluid pressure may be desirable as being perceptible and distinctive, as well as indicating that the movable blades **612** and **614** are positioned substantially at their outermost radial or lateral position. Accordingly, a drilling fluid pressure response may indicate the operational state of an expandable reamer and may be tailored by way of modifying at least one drilling fluid

path communicating drilling fluid therethrough. Further, taper **619** may facilitate return of movable blades **612** and **614** laterally inwardly, upon sufficient reduction of drilling fluid pressure, if the blade-biasing elements **574**, **576**, **578**, and **580** (FIG. **8**B) fail to do so.

Although the foregoing description contains many specifics, these should not be construed as limiting the scope of the present invention, but merely as providing illustrations of some exemplary embodiments. Similarly, other embodiments of the invention may be devised which do not depart from the spirit or scope of the present invention. Features from different embodiments may be employed in combination. The scope of the invention is, therefore, indicated and limited only by the appended claims and their legal equivalents, rather than by the foregoing description. All additions, deletions, and modifications to the invention, as disclosed herein, which fall within the meaning and scope of the claims are to be embraced thereby.

What is claimed is:

**1**. A method of operating an expandable reamer, the method comprising:

    increasing a flow rate of drilling fluid through the expandable reamer to cause at least one blade of the expandable reamer to move from a retracted position to an expanded position while the expandable reamer is positioned downhole;

    decreasing the flow rate of drilling fluid through the expandable reamer to cause the at least one blade of the expandable reamer to move from the expanded position to the retracted position while the expandable reamer is positioned downhole; and

    increasing the flow rate of the drilling fluid through the expandable reamer and maintaining the at least one blade of the expandable reamer in the retracted position while the expandable reamer is positioned downhole.

**2**. The method of claim **1**, further comprising decreasing the flow rate of drilling fluid through the expandable reamer and then increasing the flow rate of drilling fluid through the expandable reamer to cause at least one blade of the expandable reamer to move from the retracted position to the expanded position while the expandable reamer is positioned downhole.

**3**. The method of claim **1**, further comprising selectively and repeatedly moving an actuation member between a first position and a second position relative to a tubular body of the expandable reamer.

**4**. The method of claim **1**, wherein increasing the flow rate of the drilling fluid comprises increasing the flow rate of the drilling fluid to a flow rate greater than about 400 gallons per minute.

**5**. The method of claim **1**, wherein decreasing the flow rate of the drilling fluid comprises decreasing the flow rate of the drilling fluid to a flow rate less than about 400 gallons per minute.

**6**. The method of claim **1**, further comprising selectively and repeatedly moving an actuation member between a first longitudinal position and a second longitudinal position relative to a tubular body of the expandable reamer.

**7**. A method of operating an expandable reamer, the method comprising:

    increasing a flow rate of drilling fluid through the expandable reamer to cause an actuation member of the expandable reamer to move from a first position to a second position while the expandable reamer is positioned downhole;

    decreasing the flow rate of drilling fluid through the expandable reamer to cause the actuation member of the

expandable reamer to move from the second position to the first position while the expandable reamer is positioned downhole; and

increasing a flow rate of drilling fluid through the expandable reamer to cause the actuation member of the expandable reamer to move from a first position to a third position while the expandable reamer is positioned downhole.

**8**. The method of claim **7**, wherein increasing the flow rate of the drilling fluid comprises increasing the flow rate of the drilling fluid to a flow rate greater than about 400 gallons per minute.

**9**. The method of claim **8**, wherein decreasing the flow rate of the drilling fluid comprises decreasing the flow rate of the drilling fluid to a flow rate less than about 400 gallons per minute.

**10**. An expandable reamer for drilling a subterranean formation, comprising:

a tubular body;

at least one blade carried by the tubular body; and

an actuation member selectively and repeatably positionable between a first position within the tubular body and a second position within the tubular body, and configured to maintain the expandable reamer in a first operating condition when the actuation member is positioned in the first position and to maintain the expandable reamer in a second operating condition when the actuation member is positioned in the second position.

**11**. The expandable reamer of claim **10**, further comprising a biasing element positioned and configured to bias the actuation member to a third position within the tubular body.

**12**. The expandable reamer of claim **11**, further comprising a pin guide assembly comprised within a circumferentially extending groove, the circumferentially extending groove comprising a pattern of peaks and valleys.

**13**. The expandable reamer of claim **11**, wherein each of the first position, the second position and the third position comprise different longitudinal positions within the tubular body.

**14**. The expandable reamer of claim **11**, wherein each of the first position, the second position and the third position further comprise different circumferential positions within the tubular body.

**15**. The expandable reamer of claim **10**, wherein the actuation member comprises a sleeve.

**16**. The expandable reamer of claim **10**, wherein the first operating condition comprises the at least one blade positioned in a fully refracted position.

**17**. The expandable reamer of claim **16**, wherein the second operating condition comprises the at least one blade positioned in a fully extended position.

**18**. The expandable reamer of claim **10**, wherein the actuation member is configured to maintain the expandable reamer in each of a first operating condition and a second operating condition when the actuation member is respectively positioned in the first position and in the second position under substantially identical rates of drilling fluid flow through the tubular body.

**19**. The expandable reamer of claim **18**, wherein the substantially identical rates of drilling fluid flow comprise a substantially identical flow rates of greater than about 400 gallons per minute.

**20**. The expandable reamer of claim **19**, wherein the substantially identical rates drilling fluid flow comprise substantially identical flow rates of about 800 gallons per minute.

*   *   *   *   *