# SPECIAL MASTER'S RECOMMENDED CONSTRUCTIONS
# PATENT NO.'S 8,215,418, 8,020,635 and 8,881,833

## PERSON OF ORDINARY SKILL IN THE ART (POSITA)

A person of ordinary skill in the relevant art would typically minimally include a person having a bachelor's or master's degree in petroleum, mechanical, or chemical engineering, with at least two to four years of experience designing and/or operating downhole tools with cutting elements or stabilizers.

| Term/Phrase (claims) | Special Master's Recommendations |
|---|---|
| *"[an] actuation member"* ('635 Patent, claim 1)<br><br>Other claims:<br>'418 Patent - claims 3, 6, 7, 10, 11, 15, 18<br>'635 Patent - claims 2, 6, 11–15, 19 | A movable mechanism including, a movable sleeve, linkage or pistons. |
| *"a pattern of peaks and valleys"* ('635 Patent, claim 3)<br><br>Other claims<br>'418 Patent–claim 12 | A series of alternating upwardly sloping and downwardly sloping curved paths. |
| *"move axially responsive"* ('833 Patent, claim 14) | Move along the axis defined by the tubular body. |
| *"configured to move axially responsive to a flow of drilling fluid through the fluid passageway to extend and retract the one or more expandable features"* ('833 Patent, claim 14) | Configured to move along the axis defined by the tubular body responsive to a flow of drilling fluid through the fluid passageway to extend and retract the one or more expandable features. |
| *"traversing at least one pin along a circumferentially extending groove"* ('635 Patent, claim 15) | Plain and ordinary meaning. |

| | |
|---|---|
| *"selectively and repeatably positionable"* <br> ('635 Patent, claim 1) <br><br> Other claims: <br> '635 Patent–claim 19 <br> '418 Patent–claim 10 | Selectively and repeatably positionable while the tool is in the borehole. |
| *"selectively and repeatably moving"* <br> ('635 Patent, claim 11) <br><br> Other claims: <br> '635 Patent–claims 12-13, 15 <br> '418 Patent–claim 3, 6 | Plain and ordinary meaning. |
| *"first position"* <br> ('635 Patent, claim 1) <br><br> Other claims: <br> '635 Patent - claims 4, 5, 11–15, 19 <br> '418 Patent - claims 3, 7, 10, 13, 14, 18 | Plain and ordinary meaning. |
| *"second position"* <br> ('635 Patent, claim 1) <br><br> Other claims: <br> '635 Patent–claims 4, 5, 11–15, 19 <br> '418 Patent–claims 3, 7, 10, 13, 14, 18 | Plain and ordinary meaning. |
| *"third position"* <br> ('635 Patent, claim 2) <br><br> Other claims <br> '635 Patent–claims 2, 4, 5, 14 <br> '418 Patent–claims 7, 11, 13, 14 | Plain and ordinary meaning. |
| *"substantially identical"* <br> /*"substantially the same"* <br> ('635 Patent, claims 1, 11) <br><br> Other claims: <br> '635 Patent–claims 7, 8 <br> '418 Patent–claims 18-20 | Plain and ordinary meaning. |

| | |
|---|---|
| *"increasing a flow rate of drilling fluid through the expandable reamer to cause at least one blade of the expandable reamer to move from a retracted position to an expanded position"* <br> ('418 Patent, claim 1) | Increasing the flow of drilling fluid against the moveable blades such that the blade moves from a retracted position to an expanded position. |
| *"lower surface disposed in a lower annular chamber between the push sleeve and the tubular body"* <br> ('833 Patent, claim 14) | Plain and ordinary meaning consistent with, for example, annotated Figure 3 illustrating a lower annular chamber **345** (in red), push sleeve **305** (in green), and the tubular body **105** (in purple)* <br><br> *The figure should be amended to identify the body **105** directly on the figure. |
| *"valve sleeve"* <br> ('833 Patent, claim 15) <br><br> Other claims: <br> '833 Patent–claim 16 | Plain and ordinary meaning. |

3