# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| BAKER HUGHES OILFIELD OPERATIONS LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION H-16-1956 |
| SMITH INTERNATIONAL, INC., | § § § | |
| *Defendant*. | § | |

## ORDER

Pending before the court is a motion to supplement filed by plaintiff Baker Hughes Oilfield Operations LLC ("Baker"). Dkt. 111. Defendant Smith International, Inc. responded (Dkt. 112), and Baker replied (Dkt. 113). Having considered the motion, responses, record evidence, and applicable law, the court GRANTS Baker's motion to supplement (Dkt. 111).

Signed at Houston, Texas on April 18, 2019.

_____
Gray H. Miller
Senior United States District Judge