# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| BAKER HUGHES OILFIELD OPERATIONS LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION H-16-1956 |
| | § | |
| SMITH INTERNATIONAL, INC., | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

Pending before this court is plaintiff's motion for reconsideration. Dkt. 116. Defendant shall file its response to plaintiff's motion within ten days of the date of this order.

Signed at Houston, Texas on July 23, 2019.

_____
Gray H. Miller
Senior United States District Judge