United States District Court
Southern District of Texas
**ENTERED**
March 31, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **BAKER HUGHES OILFIELD OPERATIONS LLC,**<br><br>　　Plaintiff,<br><br>v.<br><br>**SMITH INTERNATIONAL, INC.,**<br><br>　　Defendant. | Civil Action No. 4:16-cv-01956<br><br>JURY TRIAL |

## ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of the parties, all claims asserted by Plaintiff and Defendant in this action are hereby dismissed with prejudice, with each party to bear its own costs, expenses, and attorney's fees.

SO ORDERED.

Dated the 31st day of March , 2022.

_____
United States District Judge

**Error! Unknown document property name.**